UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,          :

                                  :

         -v-                          :              18-CR-834 (PAE)

                                  :

ANTHONY ELLISON, and            :               ORDER
ALJERMIAH MACK,                  :

                                  :

                Defendants.     :

                                  :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

Trial in this matter is scheduled to begin Monday, **September 16, 2019**. The purpose of this order is to notify all parties that jury selection, to be held on September 16, 2019, will take place in **Courtroom 110** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Furthermore, each day of trial, starting Tuesday, **September 17, 2019**, will take place in in **Courtroom 318** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: September 10, 2019
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge