UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES

-v-

ANTHONY ELLISON,

                     Defendant.

------------------------------------------------------------X

**ORDER**

**18 Cr. 834 (PAE)**

**PAUL A. ENGELMAYER**, District Judge:

**IT IS HEREBY ORDERED** that since defendant's trial is scheduled to begin on September 16, 2019, Defense Counsel or a representative of Mr. Ellison's family will be allowed to take his trial clothing to the Metropolitan Correctional Center on or before September 13, 2019, and the Bureau of Prisons will give the clothing to him so that he can wear the clothing at his trial. The clothing is listed as follows:

1. 3 suit jackets
2. 1 sweater
3. 5 pants
4. 5 shirts
5. 5 socks

**SO ORDERED:**

*Paul A. Engelmayer*

**THE HONORABLE PAUL A. ENGELMAYER**
**United States District Judge**

Dated: September 12, 2019
       New York, New York