UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

UNITED STATES OF AMERICA                :        **ORDER**

                                                                                                            :        18-CR-834 (PAE)

                    -v.-

ANTHONY ELLISON,

          Defendant.

------------------------------------------------------------- X

**PAUL A. ENGELMAYER**, District Judge:

      **IT IS HEREBY ORDERED**, that since defendant's trial will begin on September 16, 2019, Defense Counsel will be allowed to take his trial clothing to the Metropolitan Correctional Center on or before September 20, 2019, and the Bureau of Prisons will give the clothing to him so that he can wear the clothing at his trial. The clothing is listed as follows:

      One (1) pair of suspenders;

      Two (2) button-up shirts; and

      One (1) Tie.

**SO ORDERED:**

*Paul A. Engelmayer*
_____
**THE HONORABLE PAUL A. ENGELMAYER**
**United States District Judge**

Dated:  September 18, 2019
             New York, New York