# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

February 11, 2020

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: **United States v. Anthony Ellison**
     **Case No.: 18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

  We are the attorneys for Anthony Ellison is the above referenced matter. We write to request an adjournment of sentencing since we are just now in receipt of the defendant's Pre-sentencing Report.

  Mr. Ellison is currently scheduled to be sentenced before Your Honor on February 26th, 2020 at 10:00 a.m. We respectfully request that this matter be adjourned to March 18th, 2020. Please know that the Government has no objection to our request.

  Thank you in advance for your consideration. Should you have any questions, please do not hesitate to contact me.

               Respectfully submitted,

               Deveraux L. Cannick

DLC/mw
cc: AUSA Michael Longyear
   AUSA Jacob Warren
   Calvin Scholar, Esq.

The Court **GRANTS** this request but notes that, contrary to counsel's representation that counsel "are just now in receipt" of the presentence report, the presentence report was filed one week ago, on February 5, 2020. To accommodate the Court's trial schedule, sentencing is adjourned to **April 1, 2020** at **10:00 a.m.** The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 421.

    SO ORDERED.                          2/11/2020

                         PAUL A. ENGELMAYER
                         United States District Judge