

# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

May 19, 2020

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States v. Anthony Ellison</u>
Case No. 18 Cr. 834 (PAE)

Dear Judge Engelmayer:

We are the attorneys for Anthony Ellison. Mr. Ellison is scheduled to be sentenced by Your Honor on June 19th, 2020. Due to the pandemic we have not been able to spend any meaningful time with Mr. Ellison to discuss sentencing issues and prepare for his sentencing. Therefore, we respectfully request that his sentencing be re-calendared to the week of July 20th, 2020.

Please know that Michael Longyear, the Assigned Assistant United States Attorney consents to our application.

Should the Court deny Mr. Ellison's application, he respectfully requests an in-person appearance for sentencing.

Thank you in advance for your consideration in this matter.

Respectfully submitted,

Deveraux L. Cannick

DLC/ad

**GRANTED.** Sentencing is adjourned to July 23, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 481.

SO ORDERED.

5/19/2020

_____
PAUL A. ENGELMAYER
United States District Judge