UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANTHONY ELLISON,<br><br>                             Defendant. | 18-CR-834-9 (PAE)<br><br><u>SCHEDULING<br>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Anthony Ellison, who is presently awaiting sentencing following his conviction at trial. The Court construes Mr. Ellison to seek his release from prison in light of the COVID-19 pandemic. On April 22, 2020, counsel for Ellison filed a substantially similar motion seeking Ellison's release. Dkt. 473. On April 27, 2020, the Court issued an opinion and order denying that motion. Dkt. 479. In that opinion, the Court explained that:

> The vicious conduct for which Ellison was convicted, his significant criminal history, his high-rank in Nine Trey, and his continued violence while incarcerated make clear that the danger to the community presented by [Ellison's] release outweighs, substantially, the danger to himself presented by his incarceration at the MCC. Indeed, in the Court's assessment, of the 20 or more defendants or former defendants who have applied to this Court for release on account of the pandemic, Ellison's release would pose the single greatest danger to public safety.

*Id.* at 6. The Court's assessment has not since changed.

Accordingly, the Court invites, but does not require, Mr. Ellison's trial counsel to submit a letter-memorandum in support of Ellison's renewed application. Any such letter is due Monday, June 29, 2020. A response from the Government to Mr. Ellison's application is due Thursday, July 2, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2020
          New York, New York

Recieved 6/23/20

Dear: Judge Paul A Engelmayer                    18CR0834-9 (PAE)

I, Anthony Ellison (Defendent) Respectfully submit this Letter. As Death toll rise over 100k, and infected cases in the millions and counting. Covid-19 Pandemic has Affected millions of people worldwide. No one is exempt, although some are at higher risk than others. This New virus that the World was not ready for as evident. The metropolitan correctional center (mcc) and The Bureau of prison (BOP) failure, and inability to handle the Covid-19 crisis. It leaves incarcerated individuals Confused, depress, and vulnerable to Covid-19.

First, the extent of the conditions at metropalitan Correctional Center Violates my Sixth Amendment right to the effective assistance of counsel. There is a misrepresentation from the BOP (mcc) regarding the access inmates have to their Lawyers. The Legal calls at mcc N.Y are only available for a short period of time, monday through friday. During that period mcc staff have to provide Calls for 750 inmates, and also conduct Court hearings. No Phone Calls are made after 3:30 PM, Due to the 4PM institutional Count, and no Phone calls are made during the evening hours. Based on the Population of the average housing unit in mcc, most inmates are not able to conduct legal calls.

GoD willing, one call approximately every two weeks. One rule is that you are intitled to only 30 mins for a Legal call. Another rule is that you must have a mask on at all times. Its very difficult to hear and speak with a mask on to my Lawyer, family, friends ... etc. The gap between Calls, short staff, Disciplinery lockdowns, and the malfuction of the Computer System, which was down for approximatelly a week in the month of may, Constitutes an undeniable communication Problem for inmates and lawyers. Also, it Should be noted that since february 26, 2020, inmates were restricted to 23 hour lockdown in their assigned cells. Bop designated 50 mins a Day for the inmates to complete the following tasks shower, Cleaning cells, use of computer, laundry, speak to staff make Phone calls ... ect. These Conditions have proven to be an impedent to the preperation of a viable defense, and create an unfair ground for an appropiate defense in front of the court. Including the finalization of my PSIR, which is an undeniably important part of my Sentencing. (I've Attached a mcc Reerection Schedule Ext A.) Weeks Before this global pandemic legal visits were Canceled, Due to the MCC loaded Gun investigation, That lead to an institutional ShutDown. Hundreds of inmates Includeding

myself were sent to another Bop prison ottisville with no property. (IN Ref: AP Exclusive! Gun found inside Epstein jail during lockdown By michael Balsamo and michael B. Sisak mar 5, 2020 EXB.) When I returned to mcc from ottisville, mcc was still on lockdown for weeks Due to said investigation. No Calls or showers for Days and no hot meals for weeks. We were placed on a 24 hour lockdown. Also, it should be noted that all of my personal property including my Legal Documents were Destroyed and lost during my movement to ottisville. (Attach BP-8, BP-9 Response of Rodent urine & feces, small claims of Property Damage or Loss that totaled up to $915.00 Ext. C   Ext. D.) My Court Date was originally scheduled for february 26th 2020. On my First Phone Call, I contacted my family and informed them of was taking place, and instructed them to Contact my attorney mr. Cannick to request an adjorment Due to the Chaos of the loaded Gun in mcc. It has twice been adjourned, both at the request of myself. First April 1, 2020 and then again to june 19, 2020. I had no Choice Due to the Circumstances in mcc. With all due respect your honor, mcc is in turmoil, and this is a violation of my 6th Amendment in the inability to operate as a normal Correctional Center.

In mcc the conditions as I've explained are harsh, inhumane, and overwhelming to inmates as well as staff. More than 30 staff members at mcc have been infected with Covid-19. (mcc officially reports that five inmates and 46 staff tested positive for Coronavirus. New York Daily News MAY 27, 2020 By. Stephen Rex Brown. Reff: infamous jail where jeffrey Epstein killed himself overrun by mice, Roaches, Coronavirus Ext. E) Mr. Longyear is oddly blind to the fact that mcc does not have this covid-19 pandemic under control. With 30 staff and counting being tested positive for covid-19 as well as 7 inmates as Mr. Longyear mentioned. Metroplitan correctional center having Covid-19 under control is not the case. Mcc does not have any tests for Covid-19 as stated in the response from warden Vitale to Judge Paul A Englemayor. (Reff: No Covid-19 tests available for prisoners at center of New york out Break, court documents show By. James Hill and Luke Barr Apr 4, 2020 ABC News Ext F) With New york Being the HuB of Covid-19 staff is Not Doing an adequate JoB at controlling the exposure that leads to cases of this deadly virus. This is evidenced by the fact that even the warden contracted this virus and was away from the instition for

weeks. (Daily News, Warden of federal
jail in lower manhattan has Coronavirus.
By Stephen Rex Brown Apr 17, 2020. Ext G )
If the warden can not protect herself
from Covid-19 how can she protect the
inmates. As of Tuesday, 137 inmates
and eight staff members tested positive
for the virus. Nine inmates have died across
Different Bop jails. (Title reads See! Bop
hasn't complied with order to address
Coronavirus at ohio federal Prison. May 19
2020 By Eric Heisig Cleveland.com Ext H )
        The Government is Skeptical
of my Claim of medical Conditions. Allow
me to inform you with actual facts why
exposure to this Deadly virus is extremely
life threatening to people like myself who
are at risk, Pre conditiond indiviuals. Some
underlying medical Conditions are high Blood
pressure, diabetes, oBeasity, asthma, and
the list goes on. (I refer to the
Business insider Artical PuBlished on Apr 7th, 2020
written by jake Lahut, and the title Reads
Fauci Says unacceptable health disparities
for African Americans) Ext I    I was issued 4
inhalers; Albuterol inhaler (8.56 90 mcg and
Asmanex Twisthaler mometasone furonle intalalation
220 mcg for my resportory problems.
also I weigh over 230 Pounds with height
of 74" inches. I am medically Proven

to Be obese which is another at
risk factor. I have a history of high
Blood presure, and resportary issues in
my imidiate family. Health disparites have
always existed for African American
Communities said Dr. Anthony Fauci and
Dr. Deborah Brix the director of the
national istitute of allergy and infectious
Diseases. (I Attach (BMI) Body.mass
Index chart Ext J and Ext K)
         Since the covid-19 pandemic
started several months ago Bop created
many restrictions in an effort to minimize
the spread of the virus in the Building.
While imposing many restrictions to avoid
the virus Bop didnt Prepare for the
adverse mental health effects of inmates
in a cell for at least 23 hrs a day and
during the 50 mins out of the cell giving
many tasks to be accomplished. For
example clean cells, showers, email family
, call family, and in many ocasions eat.
The enviorment created by Bop drove
inmates to depression and complete
mental disarray. Inmates started to
behave in different ways and when
they asked for help, Bop gave them
a sheet of paper with Suduko or
crossword as a solution to their mental
breakdown. (Ext L, L2 and Ext M)

These conditions also drove staff to be affected mentally and created clashes between staff and inmates. A clear example of this was the incident that took place in unit 7 north at MCC NY. Where an inmate Allegedly on a mental breakdown attacked an officer. Another Example is the one that happen in unit 3 where an inmate suffering of mental health problem broke down and set himself on fire in his cell. (Reff: Second inmate in less than a month reported dead at troubled Brooklyn federal jail By Noah GoldBerg New York Daily News Jun 10, 2020 10:14 pm. EXT(N)

   As I've Described above there are many reasons for my bail application to Be approved. Not only the fact that MCC has not figured it out, the conditions here are harsh, and overwhelming and this violates my 6th amendment and also my 8th amendment Protection against cruel and unuasal punishment. In My most recent incident, an officer wrote me up for refusing to lock in my cell. I refused to lock in until I spoke to a Luitenant about the extreme heat non-Functioning toilet and lack of drinking water in the tap in my cell. (I've Attach Incident Report and Trulincs Request to staff Ext.0,02,01,03 Ext. P, P1, P2 P3, P4, P5, P6) Its unconstitutional, and its Literally like being on Death row. (Quote: unsanitary

living conditions are unacceptable at
Anytime, But Now with Covid-19 it's
truly horrifying. New York Daily News
By Stephen Rex Brown Apr 27, 2020 ext Q
Contraband video gives rare look at disgusting
conditions inside Manhattan federal jail. Artical reads)
   Metropolitian Correctional Center is verman,
Coird-19, as recent as June 1 2020 Another
case of Covid-19. (Mcc New York inmate
Bulletin Sign By M. Licon-vitale, warden
Date June 5, 2020 confirmed an inmate
who Arrived and post bail has covid-19
Doc Attach ExTR) My Health is at
risk everyday. ~~This~~ In the middle of
Direct (testimony) you stopped and said can
Someone get Mr. Ellison some water, and
you excused me from sitting in an instructing
the jury. You told me I hope you get
well, and I appreciated that. Three
weeks straight sick requesting to see Doctors
everyday, and no reply. I had to get Better
on my own.
   On October 3, 2019 following a three-week
jury trail, I was found Guilty of racketeering
conspiracy, kidnapping, maiming and assault.
I can understand your concern as it pertains
to releasing me, But there are many cases where
the defendant is facing a long prison term and is
also a violent offender who was granted Bail.
Two indiviuals that I met personally in My unit (11).

United States v. Mckenzie and United States v.
Micheal Spinelli. Senior Judge Raymond J Dearie
Dicision was to release MR. Spinelli Due to
Covid-19, with a release Date of 2029.
('Reff! New York Daily News NYC mo3ster released
from prison Due to Corencvirus wants to teach
yoga. Date may 6th 2020 By Noah GoldBerg
Ext S) In my case there was No Discharge
of any weapon, and No Gun. So why am I
unworthy of bail?
          "I'm not a Danger to my Community
or Any Community. I know the Government
is Not in the Buisness of Speaking about
the great things the defendant has done.
However, In MCC I completed numerous coures.
Investment & Trading options, Entrepreneurship
, Geography, Budgets & financial Reports
, Leadership and influence, Women 21st century
, music Appreciation, money smarts 1, 2, 3
and the list goes on. All together 20
Certificates and My favorite Anger Management
with Psychologist Dr. Avina. I've totured,
mentored, organized, and Held Head Orderly
Position while incarcerated as described in
a letter from my fellow inmate Dr. Chi ping
Patrick Ho to your Honor (Ext.T) I have
earned the trust, and respect from unit
management, counselors, and staff.
As they wrote Amazing letters on my Behalf.

I was Doing more than Assaulting inmates as mentioned. It wasn't Easy getting to this point. With all the seperation holds that stop my movement in the Building. All the hurdles I jump, and the Barriers the Government put on me, I made my STAY difficual in mcc. I couldnt make a visit to medical, Education Dept, Law Libary Because I am classifed as High Profile. I feel like I cant Breath. I had to stay in one place. My calls, and Emails are monitered. All of my Attorney mail has Been opened and read Before it gets to me, restricting me Privilaged communication with my Attorney. Which I reported to mcc staff via BP.8's with negative results. (Ive Attached BP.8 complaint ExT.U) ONE DAY I woke up and decided to be Different. I Didn't allow that to deter me, and I took the iniative to make changes, In order to Achieve my many accompliments in mcc.

The things that happened to the victims that were mention at trial were very DisturBing. Hearing the Government Narrative was overwhelming. I know the Guidelines read 360 to life. I also know its under the discretion of the Judge.

My family, My Buisness, my life is in America. I was Born and rasied

in Brooklyn New York. Never ran Never will. Pleaing is not an option. In a previous case I had an NYPD officer from 79th Precent, the same Precent that spoke at trial in front of you, shoot me twice from the Back and I survied. They charged me with a crime that the state couldnt substantiate in court. I went to court injured on crutches, rain, sleet, and snow for over three years, seeking Justice on that case, for my Freedom and my peace. Im not asking for Any Favors your Honor. I am merely asking for a fair shot, my rights, my life. This case is not over. I just want to Be able to Be prepared, well dressed, Healthy and alive for one of the most important days of my life. Im not this savage, Godfather, enforcer, muscular Physique gangbanger that Mr. Longyear Portrays.
        IM a man of my word and I take accountability for my actions. I give you my word I will show up, I always show up. No Matter what the Circumstances are.
        I care about the welfare of my community. One of my greatest honors in life is to Be able to serve the Community. For years Ive Been giving Back, holding events and positively changing Perspectives in my Commuity. Most recent

My Annuel free hair Cuts for Kids in Bedford - Stuyvesant MLK weekend Jan 2020, and Toy & Coat Drive for Christmas 2019 for 97 Families. (Artical Attached Kulture HuB By Chorock Alvia Dec 23, 2019 It Reads! How Power Forward NYc iS reminding us the holidays are for ~giving back.) With my Foundation's leadership these events took Place even While in Custody. I Formed my identity based on showing up for people. In recent years, I created a non-profit organization, turning it into a way of life, not only for me but for my Community as Well. My Passion is helping People grow positively in a safe and judgement free enviroment. I'm human and I have dreams. I have dreams of Becoming a Father, raise Children, have a Family, and Bring to life things I DiDnt have with my father and my mother, and I am going to keep bringing these dreams to life. I'm a firm Believer of the saying you make your Bed you Lie in it, But this (mcc)(Bop) is not a Bed that No human being Should Lie in. Unfortunitly the life that we live in today this Pandemic is ~taking~ unusual and taking a toll on not just me But on my family, Friends, and my Lawyer.

With Respect to my Attorny mr. Cannick
with my observation and knowing him
for years, he's not himself. We need
you Your Honor to grant this motion.
All I ask for is a fair chance to
prepare for my PSIR and Sentencing as
they are crucial events that will affect
my future. Thanks you for your time
and Consideration.

XXX Note: Attached is copies of my many Email Request to Staff for help XXX

Sincerely
Anthony Ellison

17th June 2020

STEPHEN A. ESPINET
Notary Public, State of New York
No. 01ES6194593
Qualified in Kings County
Commission Expires October 6, 2020

ExT A

# MCC NEW YORK

## INMATE BULLETIN

The BOP has begun the COVID-19 Phase Six Action Plan, which requires the following actions at all BOP institutions through **May 18, 2020**:

MODIFIED OPERATIONS:
- Institution operations will be modified to reduce the spread of COVID-19. This is not punitive. It is to protect you from being infected with the virus. During Phase Six, no more than ten (10) inmates are allowed out together in each unit. Below is a schedule designed to give each of you approximately 50 minutes out of your cell seven (7) days per week, in groups of eight (8) inmates, to shower, use phones, email, exercise, etc. Your cooperation and good behavior is necessary for this schedule to work. Because the schedule is so tight, we will not be able to make up time missed due to disruptive behavior or institution emergencies.

FACE COVERINGS:
- You will not be allowed out of your cell during your scheduled time slot unless you are wearing your face mask. Once out, you must wear your mask correctly or you will be returned to your cell.

SANITATION & HYGIENE:
- Sanitation is extremely important to fighting the COVID-19 virus. You have a responsibility to practice excellent personal hygiene and cell sanitation to keep you and your cell mate healthy.
- Cleaning chemicals will be available to you daily. Cells that are cluttered and dirty allow the virus to spread. **Failure to comply with basic cell sanitation such as covered windows, clothes lines, and other violations may result in a delay of your out of cell time.**
- To prevent spread of the virus, avoid touching your eyes, nose, and mouth. Wash your hands frequently throughout the day. Cough or sneeze into tissue paper or the inside of your elbow. Do not shake hands or have unnecessary contact with other people.

VISITS:
- To reduce the spread of COVID-19, social and legal visits will remain suspended during the Phase Six Action Plan.
- Visiting suspensions will be reevaluated on May 18, 2020.

ISOLATION & QUARANTINE:
- **Inmates showing symptoms** of COVID-19 will be "**isolated**" for at least **14** days in areas of the institution designated for this purpose.
- Inmates **without symptoms** that had close contact with individuals with symptoms will be "**quarantined**". Usually, a quarantine will be in an area designated for this purpose. Sometimes, inmates will be quarantined in their assigned cell if bed space is limited. Inmates may also be quarantined in groups (cohort quarantine) if there was exposure to a large group of inmates. Medical will decide the type of quarantine you receive.

ExT A

- Institution medical staff will make all decisions regarding isolation, quarantine, and treatment for COVID-19. Medical staff will make rounds daily to check on your health and answer questions. Be honest about your symptoms if you have any. We want to ensure you receive treatment if you need it. We also don't want to waste medical staff's limited time with bad information.

In an effort to minimize movement and decrease the possibility of spreading the COVID-19 virus, the following guidelines will be followed:

Effective **Wednesday, April 22, 2020**, and during this phase of the modified schedule, inmates will be separated by individual ranges/dorms (1, 2, 3, 4, 5 & 6 on the North Sides, or 7, 8, 9, 10, 11 & 12 on the South Sides), within the housing units. According to the schedule below, inmates will be let out to recreation/leisure, as well as to use the telephones and TRULINCS, one side of the tier at a time (left/right), as indicated in the chart below. Unit 11 South will have a schedule designed specifically for the layout of that unit.

### Weekdays - Recreation/Leisure Schedule

| Recreation Time | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 06:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 07:00 am to 07:55 am | Tier 2/8 Left Side | Tier 3/9 Left Side | Tier 4/10 Left Side | Tier 5/11 Left Side | Tier 6/12 Left Side |
| 08:05 am to 08:55 am | Tier 2/8 Right Side | Tier 3/9 Right Side | Tier 4/10 Right Side | Tier 5/11 Right Side | Tier 6/12 Right Side |
| 09:05 am to 09:55 am | Tier 3/9 Left Side | Tier 4/10 Left Side | Tier 5/11 Left Side | Tier 6/12 Left Side | Tier 1/7 Left Side |
| 10:05 am to 10:55 am | Tier 3/9 Right Side | Tier 4/10 Right Side | Tier 5/11 Right Side | Tier 6/12 Right Side | Tier 1/7 Right Side |
| 11:00 am to 12:00 pm - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 12:05 pm to 12:55 pm | Tier 4/10 Left Side | Tier 5/11 Left Side | Tier 6/12 Left Side | Tier 1/7 Left Side | Tier 2/8 Left Side |
| 01:05 pm to 01:55 pm | Tier 4/10 Right Side | Tier 5/11 Right Side | Tier 6/12 Right Side | Tier 1/7 Right Side | Tier 2/8 Right Side |
| 02:05 pm to 02:55 pm | Tier 5/11 Left Side | Tier 6/12 Left Side | Tier 1/7 Left Side | Tier 2/8 Left Side | Tier 3/9 Left Side |
| 03:05 pm to 03:55 pm | Tier 5/11 Right Side | Tier 6/12 Right Side | Tier 1/7 Right Side | Tier 2/8 Right Side | Tier 3/9 Right Side |
| 04:00 pm - Completion. Count time. Inmates will stand up for count. | | | | | |
| 05:00 pm to 06:00 pm - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 06:05 pm to 06:55 pm | Tier 6/12 Left Side | Tier 1/7 Left Side | Tier 2/8 Left Side | Tier 3/9 Left Side | Tier 4/10 Left Side |
| 07:05 pm to 07:55 pm | Tier 6/12 Right Side | Tier 1/7 Right Side | Tier 2/8 Right Side | Tier 3/9 Right Side | Tier 4/10 Right Side |
| 08:05 pm to 08:55 pm | Tier 1/7 Left Side | Tier 2/8 Left Side | Tier 3/9 Left Side | Tier 4/10 Left Side | Tier 5/11 Left Side |
| 09:05 pm to 09:55 pm | Tier 1/7 Right Side | Tier 2/8 Right Side | Tier 3/9 Right Side | Tier 4/10 Right Side | Tier 5/11 Right Side |
| 10:00 pm - Completion. Count time. Inmates will stand up for count. | | | | | |

### Weekend & Holiday - Recreation/Leisure Schedule

| Recreation Time | Sunday | Saturday | Recreation Time | Sunday | Saturday | Recreation Time | Sunday | Saturday |
|---|---|---|---|---|---|---|---|---|
| 06:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. | | | 10:45 am to 11:30 am - Main Line. Inmates will be fed in their cells. | | | 04:00 pm - Completion. Count time. Inmates will stand up for count. | | |
| 07:00 am to 07:40 am | Tier 1/7 Left Side | Tier 1/7 Left Side | 11:40 am to 12:20 pm | Tier 3/9 Left Side | Tier 3/9 Left Side | 05:00 pm to 05:40 pm | Tier 5/11 Right Side | Tier 5/11 Right Side |
| 07:50 am to 08:30 am | Tier 1/7 Right Side | Tier 1/7 Right Side | 12:30 pm to 01:10 pm | Tier 3/9 Right Side | Tier 3/9 Right Side | 05:50 pm to 06:30 pm | Tier 6/12 Left Side | Tier 6/12 Left Side |
| 08:40 am to 09:10 am | Tier 2/8 Left Side | Tier 2/8 Left Side | 01:20 pm to 02:00 pm | Tier 4/10 Left Side | Tier 4/10 Left Side | 06:40 pm to 07:25 pm | Tier 6/12 Right Side | Tier 6/12 Right Side |
| 09:20 am to 10:00 am | Tier 2/8 Right Side | Tier 2/8 Right Side | 02:10 pm to 02:50 pm | Tier 4/10 Right Side | Tier 4/10 Right Side | 07:30 pm to 08:10 pm | Tier 6/12 Right Side | Tier 5/12 Right Side |
| 10:00 am - Completion. Count time. Inmates will stand up for count. | | | 03:00 pm to 03:40 pm | Tier 5/11 Left Side | Tier 5/11 Left Side | 08:20 pm to 09:00 pm | | |

### Unit 2 - Weekday Recreation/Leisure Schedule

| Recreation Time | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|
| 06:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. | | | | | |
| 07:15 am to 10:45 am | A-Tier | B-Tier | C-Tier | A-Tier | B-Tier |
| 11:00 am to 12:00 pm - Main Line. Inmates will be fed in their cells. | | | | | |
| 12:15 pm to 03:45 pm | B-Tier | C-Tier | A-Tier | B-Tier | C-Tier |
| 04:00 pm - Completion. Count time. Inmates will stand up for count. | | | | | |
| 05:00 pm to 05:45 pm - Main Line. Inmates will be fed in their cells. | | | | | |
| 06:00 pm to 08:30 pm | C-tier | A-Tier | B-Tier | C-Tier | A-Tier |
| 10:00 pm - Completion. Count time. Inmates will stand up for count. | | | | | |

### Unit 2 - Weekend & Holiday - Recreation/Leisure Schedule

### Unit 2 - Weekend & Holiday - Recreation/Leisure Schedule

| Recreation Time | Sunday | Saturday | Recreation Time | Sunday | Saturday | Recreation Time | Sunday | Saturday |
|---|---|---|---|---|---|---|---|---|
| 06:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. | | | 12:10 pm to 02:00 pm | B-Tier | A-Tier | 06:00 pm to 07:10 pm | A-Tier | C-Tier |
| 07:00 am to 09:50 am | A-Tier | C-Tier | 02:10 pm to 03:50 pm | C-Tier | B-Tier | 07:20 pm to 08:30 pm | B-Tier | A-Tier |
| 10:00 am - Completion. Count time. Inmates will stand up for count. | | | 04:00 pm - Completion. Count time. Inmates will stand up for count. | | | 08:40 am to 09:50 pm | C-Tier | B-Tier |
| 11:00 am to 12:00 pm - Main Line. Inmates will be fed in their cells. | | | 05:00 pm to 05:50 pm - Main Line. Inmates will be fed in their cells. | | | 10:00 pm - Completion. Count time. Inmates will stand up for count. | | |

ExT A

| 11-South - Weekday Recreation/Leisure Schedule | | | | | |
|---|---|---|---|---|---|
| **Recreation Time** | **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** |
| 06:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 07:00 am to 08:55 am | 7-Tier | 11-Tier | 9-Tier | 7-Tier | 11-Tier |
| 09:05 am to 10:55 am | 8-Tier | 12-Tier | 10-Tier | 8-Tier | 12-Tier |
| 11:00 am to 12:00 pm - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 12:05 pm to 01:55 pm | 9-Tier | 7-Tier | 11-Tier | 9-Tier | 7-Tier |
| 02:05 pm to 03:45 pm | 10-Tier | 8-Tier | 12-Tier | 10-Tier | 8-Tier |
| 04:00 pm - Completion: Count time. Inmates will stand up for count. | | | | | |
| 05:00 pm to 06:00 pm - Main Line. Inmates will be fed in their cells. Trays will be accounted for and collected 30 minutes after issued. | | | | | |
| 06:05 am to 07:55 pm | 11-Tier | 9-Tier | 7-Tier | 11-Tier | 9-Tier |
| 08:05 am to 09:45 pm | 12-Tier | 10-Tier | 8-Tier | 12-Tier | 10-Tier |
| 10:00 pm - Completion: Count time. Inmates will stand up for count. | | | | | |

| 11-South - Weekend & Holiday - Recreation/Leisure Schedule | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Recreation Time** | **Sunday** | **Saturday** | **Recreation Time** | **Sunday** | **Saturday** | **Recreation Time** | **Sunday** | **Saturday** |
| 05:00 am to 07:00 am - Main Line. Inmates will be fed in their cells. | | | 12:10 pm to 02:00 pm | 8-Tier | 11-Tier | 06:00 pm to 07:10 pm | 10-Tier | 7-Tier |
| 07:30 am to 09:50 am | 7-Tier | 10-Tier | 02:10 pm to 03:50 pm | 9-Tier | 12-Tier | 07:20 pm to 08:30 pm | 11-Tier | 8-Tier |
| 10:00 am - Completion: Count time. Inmates will stand up for count. | | | 04:00 pm - Completion: Count time. Inmates will stand up for count. | | | 08:40 pm to 09:50 pm | 12-Tier | 9-Tier |
| 11:00 am to 12:00 pm - Main Line. Inmates will be fed in their cells. | | | 05:00 pm to 05:50 pm - Main Line. Inmates will be fed in their cells. | | | 10:00 pm - Completion: Count time. Inmates will stand up for count. | | |

_____//s//_____                    April 20, 2020

Robert Hazlewood, Warden                         Date

ExT B

WASHINGTON (AP) — Federal investigators found a loaded gun Thursday that had been smuggled into the jail where Jeffrey Epstein killed himself last summer, following a weeklong lockdown that turned up other contraband and led to a criminal probe into guard misconduct, the federal Bureau of Prisons told The Associated Press.

The handgun was located by Bureau of Prisons officers inside a housing unit at the Metropolitan Correctional Center in Manhattan, prison officials said in a statement to the AP. It marked a massive breach of protocol and raised serious questions about the security practices in place at the Bureau of Prisons, which is responsible for more than 175,000 federal inmates, and specifically at the jail, which had been billed as one of the most secure in America. Officials have not said where specifically the gun had been found, or how it had been smuggled inside the jail.

Meanwhile, federal prosecutors opened a criminal investigation into potential misconduct by guards, focusing on the flow of contraband into the lockup uncovered during the search for the gun, three people familiar with the matter told the AP. They were not authorized to discuss the investigation and spoke on condition of anonymity.

**RELATED STORIES:**

- – AP sources: Feds search for possible gun at Epstein jail
- – Review: Epstein's dealings at Wexner Foundation minimal
- – AP Exclusive: Feds backtrack on transfer of Epstein warden

Attorney General William Barr named a new director last week to take charge of the agency, which has been the subject of intense scrutiny since Epstein took his own life while in custody in August. But the agency has been plagued for years by serious misconduct, violence and a chronic staffing shortage

The investigation and search at the Manhattan facility began last week after officials received information that a gun may have been smuggled into the lockup and placed the jail on lockdown "in order to protect the public, staff and inmates until a comprehensive search could be completed," the agency said in a statement.

Since then, officials have been keeping inmates locked down in their cells without access to their lawyers and canceled all visitation at the jail, which houses about 700 inmates. In the past few days, officers have searched the

facility and uncovered a sizable amount of contraband, including cellphones, narcotics and homemade weapons, the Bureau of Prisons said.

"All of these items pose a significant threat to the safety and security of the facility as well as the public," the agency said in a statement.

Investigators were planning to continue searching the jail throughout the night Thursday, looking for any additional contraband, and the lockdown was expected to continue. Federal prosecutors are trying to determine how the it has all been entering the facility and the Bureau of Prisons said it notified the Justice Department's inspector general and the FBI.

"The BOP is committed to the safety of staff, inmates and the public while continuing to ensure that those responsible for misconduct and criminal activity are held accountable," the statement said.

All visitors and inmates are searched before entering the facility and go through metal detectors. They are supposed to leave personal belongings outside the jail. All mail is also screened by correctional staff.

The Bureau of Prisons said the jail has been on "modified operations" because of the investigation and didn't provide an estimate for when normal operations could resume. Defense attorneys have raised concerns because the jail houses pretrial inmates while their cases are ongoing.

David Patton, executive director and chief attorney of the Federal Defenders of New York, said it's a violation of inmates' constitutional rights to deny them visits with their lawyers. He also said it has affected legal proceedings.

"Sentencings are being delayed. Hearings are being delayed," Patton said. "But the MCC acts as though it's perfectly fine for them to just shut down the entire institution to look for contraband. It's just not acceptable. They've got to be able to walk and chew gum at the same time."

The agency said Thursday that it arranged for additional staff from other parts of the U.S. to assist in the investigation and ensure there is appropriate staffing at the jail. The agency said it "has maintained communication with stakeholders as needed" and held a meeting with the chief federal judge and public defender in Manhattan, along with prosecutors, the Marshals Service and probation officials.

NYM 1330.7
ATTACHMENT 1

**METROPOLITAN CORRECTIONAL CENTER, NEW YORK**
**ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES**

**INFORMAL RESOLUTION FORM (BP-8)**

NOTE TO INMATE: With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff.   Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: 5/3/20

INMATE'S COMMENTS:

1. Complaint: During the sort team operation 27th Feb - 9th march 2020 They Raided up my property and moved me to ottisville. They moved me back from ottisville to mcc New york. When I got back my property balf of it was lost and the remaining was Damaged with mice and Cat Fases urine all over my food, clothes: Paperwork, letters and pictures from my family. They DiD not Do inventory on my property, so I have no property Form.

2. Efforts made by you to informally resolve: Informed Counselor, case manager Unit Team

3. Names of staff you contacted/Date you contacted the staff:
   Counselor: AAssiddAAt                    Case manager: Jenkins
   Unit Team: Griffith                      unit Team: Bullock

Date returned to Correctional Counselor:_____

Anthony Jamel Ellison        86282054        4-4-2020
Inmate's Name                Register Number        Date

CORRECTIONAL COUNSELOR'S COMMENTS:

1. Efforts made to informally resolve and staff contacted: _please fill out a Smalls Claims Form, and Submit it to the North EAST Region for review._

Date informally resolved: 5/12/20    Counselor Signature:_____

Date BP-229(13) Issued:_____

Unit Manager:_____

EX1 D 

BP-A0943   **Small Claims for Property Damage or Loss (31 U.S.C. § 3723)** CDFRM
JUNE 10

**U.S. DEPARTMENT OF JUSTICE**                          **FEDERAL BUREAU OF PRISONS**

| 1. Location where the property loss or damage occurred: | 2. Name, address of claimant(Register number, street, city, state, and zip code): |
|---|---|
| Metropolitan Correctional Center MCC (New York) 150 Park Row New York NY 10007 Unit 11 North | Anthony Jamel Ellison #86282034 150 Park Row New York NY 10007 Unit 11 North |

| 3. Date and Day of Incident: | 4. Time: (A.M. or P.M.): |
|---|---|
| 27th FeB 2020 | 11: AM |

5. Basis of Claim (State in detail the known facts and circumstances of the damage to, or loss, of privately owned property, identifying persons and property involved, the place of occurrence and the cause thereof)(Use additional pages, if necessary.):

During the sort team operation 27th FeB - 9th march 2020 ney packed up my property and moved me to ottisville. They moved me sck from ottisville to mcc New york. When I got my property half of it as lost and the remaining was Damaged with mice and rat 'eces, urine all over my food, clothes, PaperWork (Legal) letters nd pictures from my family. It smelled overwhelmingly Bad. They DiD not Do inventory on my Property, so I have no property Form.

6. Witnesses (Please provide the name and address (number, street, city, state, and zip code of each witness)):

Counselor: ARSiddAA         Case Manager: Jenkins
Unit Team: Griffith          Unit Team: Bullock

7. Amount of Claim for Damage to, or loss of, privately owned property (in dollars) (Sum Certain Amount - Total Amount Of Claim):

$ 915.00 USC   See Attachment for Items
$ ~~900.15~~ AE                 List

8. MAIL OR DELIVER CLAIM TO THE REGIONAL OFFICE WHERE THE CLAIM OCCURRED
          MAiL

I CERTIFY THAT THE AMOUNT OF THE CLAIM COVERS ONLY DAMAGE TO, OR LOSS OF PRIVATELY OWNED PROPERTY CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 9. Signature of Claimant or Authorized Representative | 10. Date |
|---|---|
| A. Ell— | 5/22/2020 |

PDF                    Prescribed by PS 1320

EXT. E

CORONAVIRUS

# Infamous jail where Jeffrey Epstein killed himself overrun by mice, roaches, coronavirus: expert

 **By STEPHEN REX BROWN**
NEW YORK DAILY NEWS   |   MAY 27, 2020





FEEDBACK

**TRIAL OFFER**

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Notorious NYC jail overrun with mice, roaches, coronavirus - New York Daily News

$\Sigma \times T$ . $\Sigma$

SAVE NOW

The lower Manhattan jail best known for its failure to prevent Jeffrey Epstein from killing himself is infested with vermin and so mismanaged that a coronavirus outbreak was likely exacerbated, a corrections expert writes in a scathing new report.

SECTIONS

SUBSCRIBE
10 weeks for only 99¢

LOG IN

system, visited the Metropolitan Correctional Center on May 13 for nearly four hours in connection with a Manhattan federal lawsuit over the jail's handling of the pandemic. Venters wrote in a 35-page report that he found "widespread and systematic failures" to combat COVID-19. The laundry list of screwups at MCC included "signs of severe pest infection, such as roaches caught in traps," the doctor reported.

"It was clear that the MCC is widely infested with mice and roaches. Almost all of the housing areas I toured had evidence of numerous living and dead roaches and mice. Particularly concerning is the presence of these vermin in cells utilized for medical isolation of COVID-19 patients," Venters wrote in the report filed late Tuesday.

"While COVID-19 is not known to be spread via these vectors, the presence of mice, rats and roaches throughout the facility indicates a basic disregard for sanitation and infection control that casts doubt on ability or commitment of the MCC to maintain a sanitary facility."

The troubled jail grabbed headlines last year when Epstein — one of the most high-profile inmates in the country — hanged himself in his cell while awaiting trial for sex trafficking. The lockup faced a series of crises prior to the outbreak, including a loaded gun smuggled into an inmate housing area.

FEEDBACK

TRIAL OFFER

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Notorious NYC jail overrun with mice, roaches, coronavirus - New York Daily News

SAVE NOW   $ExT$  E

Inmate films video, shows living conditions inside Metropolitan Correctional Center.

Attorneys representing MCC inmates are asking a judge to order the federal Bureau of Prisons, which operates the jail, to make an array of improvements to combat the outbreak and to prepare for a possible resurgence of infections.

MCC officially reports that five inmates and 46 staff tested positive for coronavirus. But Venters said those figures almost certainly understate the outbreak due to basic failures to screen new inmates for symptoms, pull exposed staff off the job, keep track of who needs treatment, provide protective equipment and reduce overcrowding, among other factors.

The doctor was particularly troubled that some symptomatic inmates were held in isolation in the jail's Special Housing Unit, which is typically used for punishment. Those sick inmates were locked in cells with concrete beds and no sheets, pillows or blankets. Other inmates, however, reported being held in cramped units holding 26 people total despite having coronavirus symptoms.

Inmate Chris Karimbux said he had a temperature of 105 degrees and trouble breathing — but medical staff left him among other inmates and prescribed only Tylenol. His symptoms lasted more than two weeks.

**MOST READ**

**Death of man found hanged from tree in Manhattan park ruled a suicide: medical**

TRIAL OFFER     NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

SAVE NOW

on fire hydrant in bizarre caught-on-video attac

**Black officer fired from Buffalo PD after stopping white colleague's chokehold deserves 'new set of eyes' on case after George Floyd**

"The other guys in my tier made me hot tea and helped me take hot showers to open up my lungs. I was afraid it was the end," he said in court filings.

Topics: MCC, coronavirus, Metropolitan Correctional Center

## Stephen Rex Brown
New York Daily News

 

Stephen Rex Brown covers New York courts and criminal justice issues, with a focus on Manhattan Federal Court and Manhattan Supreme Court.

## RECOMMENDED ON DAILY NEWS

**Playboy Playmate Ashley Mattingly died from suicide shot to head: autopsy**
JUNE 12



**Mom, 2 toddlers found dead inside Staten Island home**
JUNE 23



FEEDBACK

**Police confirm bodies belong to Lori Vallow's missing children**
JUNE 13



These SUVs Are So Cool It's Hard to Believe They Cost Under $25K! Research Best Luxury ...

TRIAL OFFER          NEWS WITH NY ATTITUDE
                     10 weeks for 99¢

                                                    SAVE NOW

No COVID-19 tests available for prisoners at center of New York outbreak, court documents show - ABC News

EXT - F

    VIDEO   LIVE   SHOWS   2020 ELECTIONS   CORONAVIRUS        LOG IN

ABC NEWS | CORONAVIRUS GOVERNMENT RESPONSE

# No COVID-19 tests available for prisoners at center of New York outbreak, court documents show

*'Please help me before I die," one inmate said via his attorney.*

By **James Hill** and **Luke Barr**
April 4, 2020, 6:00 AM • 14 min read




00:00 / 00:00

**One of the largest single-site jails in the US grapples with 134 coronavirus cases**
*The cases of COVID-19 skyrocketed over the weekend at the Cook County Jail.*

A federal detention center at the epicenter of the coronavirus pandemic in New York City has no in-house ability to test sick or high-risk inmates for COVID-19, according to a letter from the jail's top official in court documents reviewed by ABC News.

"MCC New York does not have COVID-19 tests," M. Licon-Vitale, the recently installed warden of the Metropolitan Correctional Center in downtown Manhattan, wrote in a letter to a federal judge this week.

The warden's letter came in response to an order from U.S. District Court Judge Paul Engelmayer to test an MCC inmate in his 20s who claimed to be experiencing novel coronavirus symptoms and believed he might have contracted it.

"He was placed into quarantine yesterday after he developed symptoms of COVID-19, including a cough and body aches," wrote Florian Miedel, a defense attorney appointed to represent Bryant Brown, who's awaiting trial on murder charges. "We are concerned about MCC's ability to care for Mr.

## Top Stories

**No COVID-19 tests available for prisoners at center of New York outbreak, court documents show**
Apr 04, 6:00 AM


**Black man calls police to alert them he's doing his job. Here's what happened next**
Jun 16, 4:13 AM


**Miami pauses reopening as Florida's new coronavirus cases rise**
Jun 16, 12:12 PM


**Trump pushes ahead with Tulsa rally, while Pence misleads and coronavirus cases rise**
3 hours ago


**AP FACT CHECK: Trump on an AIDS vaccine that doesn't exist**
1 hour ago


○ ABC News Live


*24/7 coverage of breaking news and live events*

No COVID-19 tests available for prisoners at center of New York outbreak, court documents show – ABC News

Brown, given its track record over the years with other clients under less trying circumstances."



Inmates walk through the exercise yard at California State Prison Sacramento, near Folsom, Calif., Feb. 26, 2013.
Rich Pedroncelli/AP, FILE

Miedel sought the court-ordered test this week to ensure Brown was receiving appropriate care and asked the court to order the facility to provide frequent updates on his condition.

Licon-Vitale wrote in response that the facility's doctor and an infectious disease specialist from the Bureau of Prisons had determined Brown's symptoms did not meet the criteria for testing based on guidelines from the Centers for Disease Control and Prevention, which have prioritized testing for health care workers and for patients exhibiting high fever and acute respiratory symptoms.

+ MORE: Kentucky health officials beef up orders for rogue coronavirus patients

Transporting Brown to a hospital "would be ill-advised and expose him to others who are symptomatic for a test that an Infectious Disease Specialist advised is not needed," Licon-Vitale wrote.

At MCC, a source familiar with the facility's operations told ABC News that staffers face severe shortages of proper personal protective equipment, or PPE.

The BOP did not immediately respond to a request for comment about the situation at MCC.

"COVID-19 and the lack of readiness by the Federal Bureau of Prisons has made an already very dangerous working environment into hell for our staff -- both physically and mentally," Tyrone Covington, the correctional officers' local union representative, told ABC News. "It is a daily war to keep

the inmate population in line as they demand visits with their families and
fear for their health and their families' health."





Stock photo: Prison
Stock photo/Getty Images

As the COVID-19 pandemic has spread throughout the United States, health
officials, attorneys and prison workers at both the state and federal level
have been sounding alarms for weeks about the dangers a COVID-19 spread
present to inmates and staff.

At a coronavirus task force briefing earlier this week, President Donald
Trump said he "doesn't like" the idea of states releasing nonviolent
offenders.

"We are looking to see if I have the right to stop it in some cases," the
president said.

   + MORE: Supreme Court scraps April calendar, delays major cases amid
     pandemic

At Federal Correctional Institution Oakdale in Louisiana, four inmates have
died from COVID-19, and nationally at least 50 staff and 91 inmates have
tested positive, according to the Bureau of Prisons, which confirmed to ABC
News that FCI Oakdale inmates showing symptoms wouldn't be tested
because tests are too scarce.

"As is typical practice in facilities with sustained transmission of COVID-19,
local health authorities have recommended against testing additional cases
who present with COVID-19 symptoms in the Oakdale facility, but to

presume they are COVID-19 positive. This action is in order to conserve valuable testing resources," the facility said in a statement.

Ex⊤ F

In a Friday night memo to the director of the Bureau of Prisons, Attorney General William Barr called for the "appropriate transfers to home confinement of all appropriate inmates held at FCI Oakdale, LA , FCI Danbury, CT, FCI Elkton, OH and other similarly situated BOP facilities where COVID-19 is materially affecting operations."

Barr said that like any precautions, some "have not been perfectly successful at all institutions."

The attorney general said that the transfer of inmates would occur on a "case-by-case" basis following a 14-day quarantine at a BOP facility. The AG said that he authorizes home confinement even if electronic monitoring isn't available.



*Mt. Sinai medical workers hold up photos of medical workers who have died from the coronavirus during a protest on April 3, 2020 in New York City.*
Stephanie Keith/Getty Images

MCC in New York, which has about 700 inmates, has reported at least nine confirmed cases of COVID-19 among inmates and staff, according to the federal Bureau of Prisons.

The facility has been mired in controversy for months following the apparent suicide of convicted sex offender Jeffrey Epstein. In late February, there was a two-week lockdown after authorities found a loaded gun in an inmate's cell. Licon-Vitale took over the top spot at MCC in January, after the previous warden was removed after Epstein's death.

Another federal judge in Manhattan, Katherine Polk Failla, received a similar response from the MCC after Miedel sought a test for another client,

Clifford Taylor, a 69-year-old inmate seeking a temporary release to home confinement for the duration of the pandemic.

$\text{Ext } F$

In a brief note entered in court records on Thursday, Failla wrote that she'd spoken to the in-house lawyer at MCC and was told "MCC has no on-site COVID-19 testing capabilities" and there were "many practical impediments at this time to removing Mr. Taylor from the MCC and transporting him to a facility where he could be tested."

Faced with those facts, Failla declined to order Taylor tested.

+ MORE: 11 states have yet to issue formal stay-at-home orders amid coronavirus

"They're telling us that they don't do COVID-19 testing in the MCC," Miedel said. "So the only way that people can be tested is if they are taken out of the facility to a hospital and tested there."

Miedel told ABC News his client has underlying medical conditions, including a history of hypertension and kidney disease, and presently had been quarantined in a dorm-like setting on the 11th floor of MCC, along with other high-risk inmates. Taylor is asymptomatic, Miedel said, but he asked for the test because the person Taylor intends to stay with, if granted temporary release, sought assurances Taylor had tested negative.

"The judge preliminarily agreed to release him temporarily. We were working out the logistics of that release. And then the person that he was going to live with basically said, 'Look, I don't want him to come live with me unless I know it's clear,' which makes sense," Miedel said. "I am seriously concerned that the longer Mr. Taylor remains in the unit, the greater the chance that he will contract the virus."

At MCC, one of the first confirmed cases of COVID-19 was an inmate who, as part of a gun investigation, was transferred to FCI Otisville in upstate New York and then transferred back to MCC, sources familiar with the situation told ABC News.

No COVID-19 tests available for prisoners at center of New York outbreak, court documents show - ABC News

Exт·F



Medical workers approach a refrigerator truck being used as a morgue outside of Brooklyn Hospital Center amid the coronavirus pandemic on April 3, 2020, in New York.
Stephanie Keith/Getty Images

The process of moving inmates around is still going on, according to Congressman Fred Keller, R-Pa.

"Our stance is, stop it immediately. It's certainty in their power. It's their institutions," Keller, who has two BOP facilities in his district, told ABC News in an interview.

Keller said he's talked to the Bureau and left "no stone unturned" in trying to halt inmate movement.

The Bureau said it was still moving inmates because of ongoing court proceedings. Other U.S. courts have taken precautions to limit inmate movement, such as a switch to virtual hearings in the Southern District of New York.

At another federal jail in New York, the Metropolitan Detention Center in Brooklyn, four inmates with underlying health issues filed a civil lawsuit last week against the warden, alleging the facility is so ill-equipped to contain the virus that continuing to detain high-risk prisoners violates their constitutional rights.

An unnamed MDC prisoner was quoted by his attorney in court records that "things are very bad here."

"There are approximately 90 people in a small area, and we are freaking out and are not doing well mentally," the inmate continued in the court filing. "[W]e cannot get any information or anyone to listen to us. ... Please help me before I die."

There are approximately 1,700 inmates at MDC, and, according to the lawsuit, 537 of them are classified by BOP as vulnerable to COVID-19 using CDC guidelines, based on their age and existing health conditions.

EXT . F

+ MORE: Trump denies 'massive recession' even as his top economic adviser
warns of 'terrible' economic numbers

Attorneys for the four prisoners have asked a federal judge to release them
immediately because the typical processes for seeking compassionate
release from BOP have been mired in delays.

The threat to the inmates' lives "is ongoing, not simply imminent," the
lawsuit states. "Every hour that [they] are held in the MDC, they are at a
significantly elevated risk of contracting coronavirus, and because of their
age and/or medical conditions, their risk of dying from coronavirus is
significant."

Government attorneys representing the institution's warden, Derek Edge,
argued that protocols put in place by the Bureau of Prisons this week make
it unnecessary for the court to intervene.

"There is no allegation that Petitioners themselves are in need of urgent
medical care. Nor is there any basis to believe that, even if they were in
need of medical care, they would be unable to receive such treatment while
still incarcerated," wrote Jason Cho, an assistant U.S. attorney, who also
noted that his office and the BOP are working with federal public defenders
on the cases of 11 inmates who believe they're eligible to be released to
home confinement.

The latest phrase of BOP's COVID-19 plan, implemented this week, restricts
inmates to their assigned cells, with limited exceptions, for the next two
weeks to decrease the spread of the virus. The bureau also said it's working
with U.S. Marshals to significantly decrease incoming movement at
facilities.

"BOP and MDC have taken strong measures to reduce the risk of COVID-19
for inmates and have reduced inmate populations, increased sanitation
and screening, limited visitors, increased testing and improved isolation
protocols," Cho wrote.

*Tune into ABC at 1 p.m. ET and ABC News Live at 4 p.m. ET every weekday
for special coverage of the novel coronavirus with the full ABC News team,
including the latest news, context and analysis.*

The MDC has tested just seven of the 1,700 inmates at the facility, according
to court filings, with three of those testing positive.

U.S. District Court Judge Rachel Kovner, who's overseeing the MDC case,
ordered the parties in the case to try to reach a negotiated settlement to the
litigation by the end of the day Friday.

No COVID-19 tests available for prisoners at center of New York outbreak, court documents show - ABC News

But according to court filings late Friday evening, the attempts at
mediating the dispute have been unsuccessful thus far.

Ɛ x T . F

MDC officials informed attorneys for the four inmates that their request to
BOP for compassionate release had been rejected, according to court
documents. In a letter to one inmate's lawyer, which was attached to the
court filings, Warden Edge wrote that the inmate failed to meet the criteria
for release because there had not been "any significant changes to his
medical conditions to reflect a terminal or debilitated medical condition."

That decision was immediately blasted by the lawyers for the inmates, who
renewed their request for the judge to order the inmates' immediate release
in order to protect them from the virus.

"A process that requires vulnerable people to remain in hazardous
conditions and wait until they contract a potentially lethal disease before
they are eligible for release from that threat is no credible alternative,"
wrote Katherine Rosenfeld, an attorney for the inmates.

**What to know about coronavirus:**

- *How it started and how to protect yourself:* ***Coronavirus explained***

- *What to do if you have symptoms:* ***Coronavirus symptoms***

- *Tracking the spread in the U.S. and worldwide:* ***Coronavirus map***

💬 Comments (41)       f   y   ✉

**abc**NEWS

ABC News Network | Privacy Policy | Your CA Privacy Rights | Children's Online Privacy Policy | Interest-Based Ads | About Nielsen Measurement | Terms of Use

Do Not Sell My Info | Contact Us

Copyright © 2020 ABC News Internet Ventures. All rights reserved.

Manhattan federal jail warden has coronavirus: source - New York Daily News

Page 1 of 6

Ext. G

ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS

ADVERTISEMENT

## Collaboration in Salesforce

Blend documents, data, and
conversation to get more
done. See how.

Salesforce Quip

NEW YORK

# Warden of federal jail in lower Manhattan has coronavirus: source

By STEPHEN REX BROWN
NEW YORK DAILY NEWS | APR 17, 2020   3:29 PM

ADVERTISEMENT

UPRIGHT





Metropolitan Correctional Center (Luis C. Ribeiro / for New York D)

Manhattan federal jail warden has coronavirus: source - New York Daily News          Page 2 of 6

*Ext G*

SECTIONS      SEARCH                                  ADVERTISEMENT                                    LOG IN

ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS

'It was never supposed to end like this': Fight between friends at Brooklyn house party sparks stabbing death

It wasn't immediately clear how Vitale was tested. The warden wrote in a letter filed in Manhattan Federal Court on April 1 that the jail "does not have COVID-19 tests." Defense attorneys and correctional officers have recently complained that a lack of testing inside the jail has hidden the seriousness of the outbreak.

The jail reported on Thursday that five inmates and 24 staff have coronavirus.



M. Licon-Vitale (Facebook)



ADVERTISEMENT

ONLY
$9.98

www.sethwhe.com

The Bureau of Prisons declined to comment for privacy reasons.

[More New York] NYPD sergeant sues city, claiming retaliation by commander after he made a disparaging crack about her management »

The Daily News exclusively reported in January that Vitale had assumed the top post at the troubled jail holding around 750 inmates. Jeffrey Epstein hanged himself in August of last year in the jail while awaiting trial for sex trafficking.

MOST READ • NEW YORK

1.   'I ripped the s—- off and I used it,' cop bragged after taking off Brooklyn protester's mask and pepper-spraying him, bodycam footage shows    

2.   'Just loved to play music': DJ fatally shot at Brooklyn house party    



Advertisement

$\mathcal{E} xt. G$

ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS

Two correctional officers have pleaded not guilty to charges of falsifying
records and sleeping on the job the night the multimillionaire sex offender died
alone in his cell. The charges damaged morale at the jail already facing staff
shortages and crumbling infrastructure.

Vitale has faced two major crises since taking over. In late February MCC went
into lockdown after a loaded gun was smuggled into an inmate housing area. An
eight-day search for the firearm uncovered a large amount of contraband,
including opioids, marijuana, synthetic weed, cellphones and home-made
weapons.

[More New York] 'It was never supposed to end like this': Fight
between friends at Brooklyn house party sparks stabbing death »

The FBI is investigating the flow of contraband into MCC, which holds some of
the nation's most high-profile inmates. Mexican drug lord Joaquin "El Chapo"
Guzman was once held at MCC. Numerous terrorists have been locked up at the
12-story jail. Sayfullo Saipov is currently awaiting trial at MCC for the Hudson
River bike path attack that killed eight people.



MOST READ

Atlanta police officer charged with felony murder in
shooting death of Rayshard Brooks outside Wendy's, could
face death penalty: prosecutors



John Bolton book says Trump gave 'favors to dictators'
while advisers privately called president 'full of s--t'



One night in a Florida bar infects 16 customers and 7
employees with coronavirus



Ext. 6

### Breaking News Newsletter
As it happens

LOG IN

ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS
Get updates on the coronavirus pandemic and other news as it happens with our fr

ENTER YOUR EMAIL ADDRESS

Shortly after investigators found the gun, MCC was again placed in lockdown due to coronavirus. Bans on inmate visits with family and attorneys family are ongoing.

New York Democratic Congressmembers Jerry Nadler, Hakeem Jeffries and Nydia Velazquez wrote a letter to the Bureau of Prisons Friday questioning efforts to combat the outbreak at MCC and its sister institution in Brooklyn, the Metropolitan Detention Center.

[More New York] Doctor's life and career ruined by bogus arrest — and by burns he suffered from Rikers guards' horrific mistreatment, lawsuit says »

"Inmates at MDC and MCC live in crowded conditions that prevent any significant social distancing unless the populations of these facilities are significantly reduced, which we urge," the reps wrote.

"Available information indicates that there are serious problems related to COVID-19 at these facilities."

The Bureau of Prisons reports that 473 federal inmates and 279 staff have tested positive for coronavirus throughout the system holding 143,803 inmates. Eighteen inmates have died.

Topics: MCC, M. Licon Vitale, coronavirus

<  >



### Stephen Rex Brown
New York Daily News

CONTACT

Stephen Rex Brown covers New York courts and criminal justice issues, with a focus on Manhattan Federal Court and Manhattan Supreme Court.

**You May Like**   Sponsored Links by Taboola

**Remember These Rare Twins? They're All Grown Up**
Give It Love

**New $89 Portable AC Is Selling Like Hotcakes**
TRENDING AC UNIT



Sponsored

**New $89 Portable AC Is Selling Like Hotcakes**

LOG IN

These SUVs Are So Cool It's Hard to Believe They Cost Under $30K. Research Best Crossover SUV 2020

SUVs

ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS

Security Cameras Caught This Entire Moment At The Airport

NOTEABLEY

Security Cameras Caught This Entire Moment At The Airport
Noteabley

Sponsored

NFL Veteran Michael Strahan Is Happily Married To His Partner
Mortgage After Life

Sponsored

New Senior Living Apartments Near Washington Are A Dream Come True! Research Assiste…
Sponsored

Remember These Rare Twins? They're All Grown Up
Sponsored

SENIOR LIVING/ASSISTED LIVING

NY DAILY NEWS
Playboy Playmate Ashley Mattingly died from suicide shot to head: autopsy

NY DAILY NEWS
Mark Hatten, ex-boyfriend of Anna Nicole Smith, shot and killed in South Carolina
By NEW YORK DAILY NEWS

ORLANDO SENTINEL
Pictures: Bike Week in Daytona Beach

2020 SUVs So Cool It's Hard To Believe They Cost Under $30K. Search For 2020 Crossover Vehicles Deals Luxury

SUVS

Sponsored

The US States Americans Are Fleeing (And The Places They're Flocking To)
MONEYWISE.COM

Sponsored

NY DAILY NEWS
Breonna Taylor 'mutilated with bullet holes while in her underwear,' attorney says

NY DAILY NEWS
Oklahoma dad released from jail after video shows kids climbing in hot truck
By LARRY McSHANE

ADVERTISEMENT

**MOST READ** ›

1. Atlanta police officer charged with felony murder in shooting death of Rayshard Brooks outside Wendy's, could face death penalty: prosecutors



2. One night in a Florida bar infects 16 customers and 7 employees with coronavirus



3. John Bolton book says Trump gave 'favors to dictators' while advisers privately called president 'full of s—t'

TRIBUNE PUBLISHING

Chicago Tribune          The Baltimore Sun

Ext. 6

SECTIONS       SEARCH

Orlando Sentinel                Sun Sentinel of Fla.

The Morning Call of Pa.          Hartford Courant
ATLANTA COP CHARGED WITH MURDER IN DEATH OF RAYSHARD BROOKS
Daily Press of Va.               The Virginian-Pilot

The Daily Meal                  BestReviews

CONNECT

 

LOG IN

COMPANY INFO

Careers                          Contact Us

Careers                          Frequently Asked Questions

Site Map                         Manage Web Notifications

Manage Subscription              Place an Ad

Contests                         Media Kit

Special Sections                 Privacy Policy

The Active Times                 Terms of Service

TAG disclosure                   Do Not Sell My Info

FAQ                              About Us

Copyright © 2020, New York Daily News


**Courts and Justice**

# Judge: BOP hasn't complied with order to address coronavirus at Ohio federal prison

Updated May 19, 2020; Posted May 19, 2020

By **Eric Heisig, cleveland.com**

CLEVELAND, Ohio — A judge said Tuesday that officials have not complied with his directive from last month to clear out the sole federal prison in Ohio to address the spread of coronavirus, which has left nine inmates dead and more than 100 others infected.

U.S. District Judge James Gwin of Cleveland wrote in a new order that the Federal Bureau of Prisons has made "limited efforts" to protect vulnerable inmates at Federal Correctional Center Elkton. He wrote that the bureau must do more to identify, release and transfer the vulnerable inmates.

"Concerningly. Respondents have made poor progress in transferring subclass members out of Elkton through the various means referenced in the Court's preliminary injunction Order," Gwin wrote in the 11-page order.

*(You can read the order here.)*

His new order tells the bureau to take more drastic steps, including loosening requirements on who qualifies for placement on home confinement. If an inmate isn't eligible for release, officials must explain why in detail, he wrote.

Gwin told officials to provide such explanations for at least one-third of the inmates identified at risk every two days until they have accounted for everybody, with the first explanations due to him by the end of business Thursday.

David Carey, an attorney for the American Civil Liberties Union of Ohio, said that "this

order represents their
obligations.

"We are certainly hopeful they will do so this time around," he said.

The prisons bureau declined comment.

Elkton, located about 100 miles south of Cleveland in Columbiana County, experienced an outbreak of the virus in recent months. The low-security complex is currently home to more than 2,300 male inmates and includes a central institution and a satellite facility.

As of Tuesday, 137 inmates and eight staff members tested positive for the virus. Nine inmates have died.

Gwin, whose courtroom is in Cleveland, ordered the prisons bureau on April 22 to identify and either release or transfer inmates especially susceptible to the virus. That includes inmates 65 years old and older and those with certain preexisting medical conditions.

However, the ACLU said the bureau had slow-walked its response. It said the bureau has not, to date, identified any inmates who released on furlough or home confinement.

It also said the bureau, which identified 837 inmates as susceptible, left some inmates off its list by not including certain medical conditions and those who are age 65.

The judge agreed.

"By thumbing their nose at their authority to authorize home confinement, Respondents threaten staff and they threaten low security inmates," Gwin wrote.

He directed the prisons bureau to eliminate certain criteria that inmates must meet to qualify confinement. Those include eliminating requirements about length of time an inmate has served and disregarding whether they committed certain low or moderate offenses while in prison. Per his order, an inmate is serving time for a violent crime might may also be eligible for home confinement if it happened more than five years ago.

If an inmate cannot be given compassionate release, furloughed or moved to another facility, the prisons bureau must also explain why.

Carey noted that Gwin's order "is not a suggestion."

ExT  H

"The inaction of the BOP suggests that they may be considering (Gwin's order) a nudge to continue their own internal practices," he said.

**Note to readers: if you purchase something through one of our affiliate links we may earn a commission.**

Registration on or use of this site constitutes acceptance of our **User Agreement**, **Privacy Policy and Cookie Statement**, and **Your California Privacy Rights** (each updated 1/1/20).

© 2020 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**ADVANCE LOCAL**

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Ad Choices**





## BUSINESS INSIDER

Subscribe

▼ **DOW**
+2.05%

▼ **S&P 500**
+1.9%

▼ **NASDAQ 100**
+1.75%

# Fauci says the coronavirus is 'shining a bright light' on 'unacceptable' health disparities for African Americans

**Jake Lahut**  Apr 7, 2020, 9:05 PM





**Dr. Anthony Fauci, the director of the National Institute of Allergy and Infectious Diseases, at the White House on March 12.**  Associated Press

**Dr. Anthony Fauci struck an emotional tone at Tuesday's White House coronavirus press briefing when discussing the disproportionate COVID-19 death toll facing African Americans in some places.**

‹ HOMEPAGE

Subscribe

**coronavirus, it really does have, ultimately, shine a very bright light on some of the real weaknesses and foibles in our society," Fauci said.**

diabetes, the hypertension, the obesity, the asthma."

**Serving as director of the National Institute of Allergy and Infectious Diseases since 1984, Fauci recalled the bulk of his career's work, which has focused on HIV/AIDS.**

**"If you go back then during that period of time when there was extraordinary stigma — particularly against the gay community — and it was only when the world realized how the gay community responded to this outbreak with incredible courage and dignity and strength and activism, that I think that really changed some of the stigma against the gay community, very much so."**

**Visit Business Insider's homepage for more stories.**

Dr. Anthony Fauci took time during Tuesday's White House coronavirus press briefing to draw attention to societal problems, delving into how African Americans in some states had been harder hit by the novel coronavirus in terms of intensive-care intubations and risk of death compared with the rest of the population.

In Chicago, more than half of all COVID-19 positive test results and 72% of recorded virus-related deaths have been among African Americans, who make up just 32% of the city's population and 15% for the state of Illinois.

In parts of Wisconsin, the numbers have been even more disproportionate. Seventy-three percent of all COVID-19 deaths in Milwaukee County have been among black people, who make up under half of all positive test results and just 28% of the county's population.

‹ HOMEPAGE

Subscribe

Fauci: COVID-19 shows 'unacceptable' disparities for African Americans - Business Insider 

 **BUSINESS INSIDER**

Subscribe

coronavirus, it really does have, ultimately, shine a very bright light on some of the real weaknesses and foibles in our society," Fauci said.

"As some of you may know, the greater proportion of my professional career has been defined by HIV/AIDS, and if you go back then during that period of time when there was extraordinary stigma — particularly against the gay community — and it was only when the world realized how the gay community responded to this outbreak with incredible courage and dignity and strength and activism, that I think that really changed some of the stigma against the gay community, very much so," Fauci added.

"I see a similarity here because health disparities have always existed for the African American community," he said. "But here again, with the crisis, how it's shining a bright light on how unacceptable that is."

# COVID-19 confirmed cases by US county



**How many people are confirmed to have/had COVID-19?**

1 in 100
1 in 2000
1 in 4000
> 1 in 10000

*The map shows yesterday's number of cases. To zoom, use the zoom buttons or hold CTRL while scrolling. All cases for the five boroughs of New York City (New York, Kings, Queens, Bronx and Richmond counties) are assigned to a single area called New York City.*

< HOMEPAGE

Subscribe

Fauci said it's not the case that African Americans were getting
infected more often but rather that the prevalence of "underlying
medical conditions — the diabetes, the hypertension, the obesity, the
asthma" — had led to higher intensive-care admissions and death
rates.

Trump also briefly addressed the topic, saying the virus' impact has
been "disproportional" but that more research needed to be done to
determine why.

Not all states count or disclose a patient's race upon hospitalization
or death.

At Gov. Andrew Cuomo's press briefing on Tuesday, his adviser
Melissa DeRosa said New York officials had been contacting local
coroners to determine demographic information about those dying
from COVID-19.

Ext I

**BUSINESS
INSIDER**

Fauci later told a reporter that the trend was not limited to particular cities or states.

"The underlying reason why that is happening does not change from state to state," Fauci said.

The disproportionate impact should be a call for broader action once the dust settles, he said earlier.

"So when all this is over — and as we said, it will end, we will get over coronavirus — but there will still be health disparities," he said, "which we really do need to address in the African American community."



∑ **CalculatorSoup®**
Online Calculators ...

Calculators > Health > BMI Calculator for Adults

Basic Calculator

# BMI Calculator for Adults

*Python Coding Course Online Summer 2020*

---

**Adult BMI Calculator**

Weight: [235]    [pounds ▼]

Height: [74]    [inches ▼]

[Clear]                [Calculate]

Answer:

30.2
Obese BMI

*Your Normal Weight Range is
144.1 lb to 193.9 lb*

*Normal BMI Range is 18.5 to 24.9*
*BMI Range Table*

*Report a Problem*

Share this Answer Link: *help*
*Paste this link in email, text or social media.*

https://www.calculatorsoup.com/calculators/healt
h/bmi-calculator.php?
weight=235&weight_unit=pound+%28US%
29&height=74&height_unit=inch&weight_unit_las
t=pound+%28US%

*Get a Widget for this Calculator*

©CalculatorSoup

*Share this Calculator & Page*

---

## Calculator Use

This calculator will determine Body Mass Index or BMI, given an individual's weight and height. Weight can be entered pounds, stones and pounds, or kilograms. Height can be entered in inches, feet and inches, meters, or centimeters.

This calculator will also calculate and display the normal weight range for the height entered.

## Calculating BMI

BMI is a way of measuring a person's weight relative to his or her height. BMI expresses how thick or thin a person is in simple numeric terms, and allows doctors and other health professionals to discuss weight objectively on a standardized scale.

## BMI Formulas

This BMI calculator converts units to satisfy the following BMI formula calculations.

- Metric units: BMI = weight (kg) ÷ height$^2$ (m)
- US units: BMI = (weight (lb) ÷ height$^2$ (in)) * 703

## Normal Weight Range

Normal weight BMI is 18.5 to 24.9. To calculate your normal weight range use the following:

- Metric units:
  minimum weight (kg) = 18.5 × height$^2$ (m)
  maximum weight (kg) = 24.9 × height$^2$ (m)

## Body Mass Index Table

|  | Normal | | | | | | Overweight | | | | | Obese | | | | | | | | | | Extreme Obesity | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BMI | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 | 46 | 47 | 48 | 49 | 50 | 51 | 52 | 53 | 54 |
| **Height (inches)** | | | | | | | | | | | | | | | **Body Weight (pounds)** | | | | | | | | | | | | | | | | | | | | | |
| 58 | 91 | 96 | 100 | 105 | 110 | 115 | 119 | 124 | 129 | 134 | 138 | 143 | 148 | 153 | 158 | 162 | 167 | 172 | 177 | 181 | 186 | 191 | 196 | 201 | 205 | 210 | 215 | 220 | 224 | 229 | 234 | 239 | 244 | 248 | 253 | 258 |
| 59 | 94 | 99 | 104 | 109 | 114 | 119 | 124 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 173 | 178 | 183 | 188 | 193 | 198 | 203 | 208 | 212 | 217 | 222 | 227 | 232 | 237 | 242 | 247 | 252 | 257 | 262 | 267 |
| 60 | 97 | 102 | 107 | 112 | 118 | 123 | 128 | 133 | 138 | 143 | 148 | 153 | 158 | 163 | 168 | 174 | 179 | 184 | 189 | 194 | 199 | 204 | 209 | 215 | 220 | 225 | 230 | 235 | 240 | 245 | 250 | 255 | 261 | 266 | 271 | 276 |
| 61 | 100 | 106 | 111 | 116 | 122 | 127 | 132 | 137 | 143 | 148 | 153 | 158 | 164 | 169 | 174 | 180 | 185 | 190 | 195 | 201 | 206 | 211 | 217 | 222 | 227 | 232 | 238 | 243 | 248 | 254 | 259 | 264 | 269 | 275 | 280 | 285 |
| 62 | 104 | 109 | 115 | 120 | 126 | 131 | 136 | 142 | 147 | 153 | 158 | 164 | 169 | 175 | 180 | 186 | 191 | 196 | 202 | 207 | 213 | 218 | 224 | 229 | 235 | 240 | 246 | 251 | 256 | 262 | 267 | 273 | 278 | 284 | 289 | 295 |
| 63 | 107 | 113 | 118 | 124 | 130 | 135 | 141 | 146 | 152 | 158 | 163 | 169 | 175 | 180 | 186 | 191 | 197 | 203 | 208 | 214 | 220 | 225 | 231 | 237 | 242 | 248 | 254 | 259 | 265 | 270 | 278 | 282 | 287 | 293 | 299 | 304 |
| 64 | 110 | 116 | 122 | 128 | 134 | 140 | 145 | 151 | 157 | 163 | 169 | 174 | 180 | 186 | 192 | 197 | 204 | 209 | 215 | 221 | 227 | 232 | 238 | 244 | 250 | 256 | 262 | 267 | 273 | 279 | 285 | 291 | 296 | 302 | 308 | 314 |
| 65 | 114 | 120 | 126 | 132 | 138 | 144 | 150 | 156 | 162 | 168 | 174 | 180 | 186 | 192 | 198 | 204 | 210 | 216 | 222 | 228 | 234 | 240 | 246 | 252 | 258 | 264 | 270 | 276 | 282 | 288 | 294 | 300 | 306 | 312 | 318 | 324 |
| 66 | 118 | 124 | 130 | 136 | 142 | 148 | 155 | 161 | 167 | 173 | 179 | 186 | 192 | 198 | 204 | 210 | 216 | 223 | 229 | 235 | 241 | 247 | 253 | 260 | 266 | 272 | 278 | 284 | 291 | 297 | 303 | 309 | 315 | 322 | 328 | 334 |
| 67 | 121 | 127 | 134 | 140 | 146 | 153 | 159 | 166 | 172 | 178 | 185 | 191 | 198 | 204 | 211 | 217 | 223 | 230 | 236 | 242 | 249 | 255 | 261 | 268 | 274 | 280 | 287 | 293 | 299 | 306 | 312 | 319 | 325 | 331 | 338 | 344 |
| 68 | 125 | 131 | 138 | 144 | 151 | 158 | 164 | 171 | 177 | 184 | 190 | 197 | 203 | 210 | 216 | 223 | 230 | 236 | 243 | 249 | 256 | 262 | 269 | 276 | 282 | 289 | 295 | 302 | 308 | 315 | 322 | 328 | 335 | 341 | 348 | 354 |
| 69 | 128 | 135 | 142 | 149 | 155 | 162 | 169 | 176 | 182 | 189 | 196 | 203 | 209 | 216 | 223 | 230 | 236 | 243 | 250 | 257 | 263 | 270 | 277 | 284 | 291 | 297 | 304 | 311 | 318 | 324 | 331 | 338 | 345 | 351 | 358 | 365 |
| 70 | 132 | 139 | 146 | 153 | 160 | 167 | 174 | 181 | 188 | 195 | 202 | 209 | 216 | 222 | 229 | 236 | 243 | 250 | 257 | 264 | 271 | 278 | 285 | 292 | 299 | 306 | 313 | 320 | 327 | 334 | 341 | 348 | 355 | 362 | 369 | 376 |
| 71 | 136 | 143 | 150 | 157 | 165 | 172 | 179 | 186 | 193 | 200 | 208 | 215 | 222 | 229 | 236 | 243 | 250 | 257 | 265 | 272 | 279 | 286 | 293 | 301 | 308 | 315 | 322 | 329 | 338 | 343 | 351 | 358 | 365 | 372 | 379 | 386 |
| 72 | 140 | 147 | 154 | 162 | 169 | 177 | 184 | 191 | 199 | 206 | 213 | 221 | 228 | 235 | 242 | 250 | 258 | 265 | 272 | 279 | 287 | 294 | 302 | 309 | 316 | 324 | 331 | 338 | 346 | 353 | 361 | 368 | 375 | 383 | 390 | 397 |
| 73 | 144 | 151 | 159 | 166 | 174 | 182 | 189 | 197 | 204 | 212 | 219 | 227 | 235 | 242 | 250 | 257 | 265 | 272 | 280 | 288 | 295 | 302 | 310 | 318 | 325 | 333 | 340 | 348 | 355 | 363 | 371 | 378 | 386 | 393 | 401 | 408 |
| 74 | 148 | 155 | 163 | 171 | 179 | 186 | 194 | 202 | 210 | 218 | 225 | 233 | 241 | 249 | 256 | 264 | 272 | 280 | 287 | 295 | 303 | 311 | 319 | 326 | 334 | 342 | 350 | 358 | 365 | 373 | 381 | 389 | 396 | 404 | 412 | 420 |
| 75 | 152 | 160 | 168 | 176 | 184 | 192 | 200 | 208 | 216 | 224 | 232 | 240 | 248 | 256 | 264 | 272 | 279 | 287 | 295 | 303 | 311 | 319 | 327 | 335 | 343 | 351 | 359 | 367 | 375 | 383 | 391 | 399 | 407 | 415 | 423 | 431 |
| 76 | 156 | 164 | 172 | 180 | 189 | 197 | 205 | 213 | 221 | 230 | 238 | 246 | 254 | 263 | 271 | 279 | 287 | 295 | 304 | 312 | 320 | 328 | 336 | 344 | 353 | 361 | 369 | 377 | 385 | 394 | 402 | 410 | 418 | 426 | 435 | 443 |

Source: Adapted from Clinical Guidelines on the Identification, Evaluation, and Treatment of Overweight and Obesity in Adults: The Evidence Report.

Ext L

WEEK 15

## Sudoku #1

| 2 |   | 5 |   |   | 7 |   |   | 6 |
| 4 |   |   | 9 | 6 |   | 2 |   |   |
|   |   |   | 8 |   |   | 4 | 5 |   |
| 9 | 8 |   |   | 7 | 4 |   |   |   |
| 5 | 7 |   | 8 |   | 2 |   | 6 | 9 |
|   |   |   | 6 | 3 |   |   | 5 | 7 |
| 7 | 5 |   |   | 2 |   |   |   |   |
|   | 6 |   |   | 5 | 1 |   |   | 2 |
| 3 |   |   | 4 |   |   | 5 |   | 8 |

## Sudoku #2

| 9 |   |   |   | 1 | 7 |   |   | 3 |
|   |   |   | 5 |   | 2 | 4 |   | 1 |
|   | 1 | 5 |   |   |   | 6 |   |   |
|   |   | 8 | 7 | 6 |   | 3 |   |   |
|   | 3 |   |   |   |   |   | 1 |   |
|   |   | 1 |   | 4 | 5 | 2 |   |   |
|   |   | 3 |   |   |   | 9 | 5 |   |
| 5 |   | 4 | 2 |   | 9 |   |   |   |
| 1 |   |   | 4 | 5 |   |   |   | 2 |

## Sudoku #3

|   | 4 |   | 1 | 3 |   |   |   | 8 |
|   |   |   |   |   |   | 5 | 6 |   |
|   |   |   |   |   |   |   | 7 | 3 |
|   |   |   | 6 |   | 1 |   |   |   |
| 8 |   |   |   |   |   |   |   | 4 |
|   |   |   | 5 |   | 2 |   |   |   |
| 7 | 1 |   |   |   |   |   |   |   |
|   |   |   |   | 8 | 4 |   |   |   |
| 2 |   |   |   | 9 | 6 |   | 5 |   |

© 2013 KrazyDad.com


21. White to Move & Mate in 1


22. White to Move & Mate in 1


23. Black to Move & Mate in 1

24. Black to Move & Mate in 1

## 90's Songs 3

Find and circle all of the 1990's songs that are hidden in the grid.
The remaining letters spell an additional song.



```
H I G H E N O U G H S A B O T A G E N
Y A W A Y L F S M N A M A T T A H W E
U N P R E T T Y W S T B I O Y S M V Z
E I E T L L B H S E L H N R O T I L O
A B V I H O G K G A E E E N O T T T R
N E I E D G N N C I W T A P I N O I F
G L S Y T T I K I E N H L S O G I W O
E I L B E E P N E A Y D N A E W A C T
L E U A M E M K R F R E L T D T E H O
S V P L S N U P N E S Y H I E Y O R R
W E M L S O H O T N H E D R W I R J E
Y H I U I S T C I A R T F N N E E E A
U E A L K I B C U A T A O T A R L T M
G N H T Z O U A G M L I S N E C E A L
Y I O E S P T A B L O A O M A N A L O
H H O D I U I S S Y L O Y N P I S U V
S S K D L N P E T A N U T R O F E G E
G N I N R O M Y R E V E I M A I M E R
R I T H I S H O U S E Z O M B I E R T
```

| ANGELS | HANDS | LULLABY | THE POWER |
| ANOTHER NIGHT | HIGH ENOUGH | MIAMI | THIS HOUSE |
| BABY | HOLD ON | MY BODY | TOGETHER AGAIN |
| BLACK | HOOK | ONE WEEK | TOO MUCH |
| CANDY RAIN | HYPNOTIZE | POISON | TUBTHUMPING |
| CUPID | I BELIEVE | REGULATE | UNPRETTY |
| DITTY | IMPULSIVE | RELEASE ME | WATERFALLS |
| DREAMLOVER | INSENSITIVE | SABOTAGE | WHAT'S UP |
| EVERY MORNING | IRONIC | SHINE | WHATTA MAN |
| FLY AWAY | JEREMY | SHY GUY | WILD NIGHT |
| FORTUNATE | KISS ME | SWEET LADY | ZOMBIE |
| FROZEN | LAST NIGHT | TEMPTATION | |

## 90's Songs 4

Find and circle all of the 1990's songs that are hidden in the grid.
The remaining letters spell an additional song.

```
M S U K I Y A K I D N U O R A N U R A
R S N E V E R Y T H I N G T E L L M E
J A B U N B E L I E V A B L E M I T L
O Y I C R A Z Y T H G I N O T E V A S
N I G N U O L O R E B M E C E D T T T
E T P A N G E L Y W B E A D H E H H E
S G C R A O R E H T S A I I L R G D A
T N P E W A F O C L I S N Y D I I D N
W O P M A W D O L E A G N N R A N L Y
O L A R Y A I U O P I O G L A U C A W
P R T O T Y O T P L B P A I O W T S H
R E A F R Y T E H C I N R R D A T T E
I V C N A Y A O D C Y S A E M O O C K R
N E K I I R L Y O T U P H A T M N I E
C I C C N W K L H C M T M G R S S S P
E I A N R N O I A U L R Y A A W A S M
S P L R O E N N J N A O S O E M A M U
R A B W O G E D K E I I S A U I E S J
M I S S I N G P D I D F R E D I L S E
```

| ADIA | DISARM | LATELY | SAY IT |
| ALRIGHT | EVERLONG | LOUNGIN | SLIDE |
| ANGEL | EVERYTHING | MASTERPIECE | SUKIYAKI |
| ANYTHING | FINALLY | MISSING | TELL ME |
| ANYWHERE | FOOLISH GAMES | MR. JONES | TIME |
| BIG POPPA | HERO | NO DIGGITY | TOO CLOSE |
| BLACK CAT | I KNOW | NO RAIN | TWO PRINCES |
| CRAZY | I SWEAR | NOBODY KNOWS | UNBELIEVABLE |
| CREEP | INFORMER | NOT TONIGHT | WANNABE |
| DEAR MAMA | JUMP AROUND | RUN-AROUND | WHO DAT |
| DECEMBER | JUMPER | RUNAWAY TRAIN | WITHOUT YOU |
| DISAPPEAR | LAST KISS | SAVE TONIGHT | YOU'LL SEE |

Ext L2

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------

FROM: 86282054
TO: Psychology
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/07/2020 08:13:47 AM

To: dr miller
Inmate Work Assignment: N/A

Good morning im having trouble sleeping at night and when i wake up i have anxity attacks that i cant control.... this is a very
depressing moment for me and God knows ive been trying my best im on the edge of giving up.... i know that psychology
department is busy with lots of work but if you ever have a chance i will really appreciate if i can speak to you ... thank you enjoy
your day

Ext M

WEEK 4

## Sudoku #1

| 1 |   | 4 |   | 8 |   | 9 |   |   |
|   |   | 8 |   | 4 |   | 1 | 7 |   |
|   | 5 |   |   |   | 2 |   |   | 3 |
| 8 |   | 7 | 5 | 6 |   |   | 3 |   |
| 4 |   |   | 7 |   | 1 |   |   | 8 |
|   | 9 |   |   | 2 | 8 | 7 |   | 5 |
| 3 |   |   | 2 |   |   |   | 4 |   |
|   | 8 | 2 |   | 9 |   | 5 |   |   |
|   |   | 9 |   | 1 |   | 3 |   | 7 |

© 2014 KrazyDad.com

## Sudoku #1

|   |   | 7 |   |   | 5 | 1 |   | 3 |
|   |   | 8 | 7 | 1 | 2 |   |   | 4 |
|   |   | 1 |   |   | 3 |   | 9 |   |
|   |   |   |   | 3 | 1 |   | 5 |   |
|   | 9 |   |   |   |   |   | 2 |   |
|   | 1 |   | 2 | 7 |   |   |   |   |
|   | 4 |   | 3 |   |   | 6 |   |   |
| 8 |   |   | 5 | 6 | 9 | 4 |   |   |
| 6 |   | 2 | 1 |   |   | 8 |   |   |

© 2013 KrazyDad.com

## Sudoku #1

|   |   |   |   | 2 |   | 6 | 7 |   |
|   | 7 |   | 8 |   |   |   |   | 8 |
|   |   | 9 |   |   |   | 4 |   | 8 |
|   |   |   |   |   | 6 | 4 |   |   |
|   |   |   |   | 5 |   | 7 |   |   |
| 3 |   |   |   | 2 | 1 |   |   |   |
| 6 |   | 2 |   |   |   | 3 |   |   |
|   |   |   |   |   |   |   | 9 |   | 5 |
|   | 9 | 4 |   | 7 |   |   |   |   |

© 2013 KrazyDad.com



1. White to Move & Mate in 2



2. Black to Move & Mate in 2

3. White to Move & Mate in 2

4. Black to Move & Mate in 2







## Moods & Emotions 1

Find and circle all of the word that are hidden in the grid.
The remaining 12 letters spell an additional word.

```
U E W W E A R Y R E S I M A D
N D V O A N G U I S H B L U E
E G E O L Y H E L P L E S S T
A Y S S L L Y T E O Y C L A X
S G O E A N E A N H I S A F I
Y R N F N E C M T N L U I R L
G O E U F E L A A U A O V A I
L U S M F E P P F I G I O I M
O C S U O M N E I R I R J D U
O H L O Y R P D D K T U S O H
M Y H S M O S M E E A F R W K
Y T R U H B M E D D T N E N R
N O I T A L E R A D E R O B A
N C H E E R Y R J R D A E R D
T T A C D P U Y Y L A I N C C
```

| | | | |
|---|---|---|---|
| AFRAID | ELATION | JADED | PEACEFUL |
| AGITATED | FURIOUS | JOVIAL | PLEASED |
| ANGUISH | GENIAL | LONELY | REMORSE |
| BLUE | GLOOMY | LOVE | SOMBER |
| BORED | GROUCHY | MELLOW | SUNNY |
| CHEERY | HELPLESS | MERRY | SYMPATHY |
| DARK | HOPEFUL | MISERY | UNEASY |
| DOWN | HUMILIATED | OFFENDED | UPBEAT |
| DREAD | HURT | ORNERY | WEARY |
| EDGY | IRKED | PANIC | |

## Moods & Emotions 2

Find and circle all of the words that are hidden in the grid.
The remaining 11 letters spell an additional word.

```
Y S T N A I R O H P U E G E A
D U N C E R T A I N I M N K M
U P R I D E R T A H T A I I U
N Y R E E L J S A K R H R L S
H R K S T S A O C N A S A S E
A I T L A D T O Y V N E C I D
P A P E U T H H T O Q O D D S
P P M H T S I N G C U E Y E O
Y S E O A I E S S I I S R E S
H E T R F T R U F F L E U U D
T D N R N Y O T I I N E L G E
A O O O I I R R N I E L D L E
P U C R X A R A T O E D R U R
M B A N G E G Y W N C E D M G
E T A E T L I U G R O U C H Y
```

| | | | |
|---|---|---|---|
| AMUSED | DISLIKE | HORROR | SHOCK |
| ANNOYED | DOUBT | INFATUATED | SULKY |
| ANTSY | EMPATHY | JOYOUS | SULLEN |
| ANXIOUS | ENVY | LEERY | TERRIFIED |
| CARING | EUPHORIA | PRIDE | TRANQUIL |
| CONTEMPT | GLUM | RAGE | UNCERTAIN |
| CONTENT | GREED | SAD | UNHAPPY |
| CONTRITE | GROUCHY | SATISFIED | WARY |
| DELIGHT | GUILT | SERENITY | |
| DESPAIR | HATRED | SHAME | |

MDC inmate, 44, dies at troubled Brooklyn facility - New York Daily News

SECTIONS

SUBSCRIBE
10 weeks for only 99¢

LOG IN

 Death of man found hanged from tree in Manhattan park ruled a suicide: medical...

Man in KKK outfit walks dog, waves to neighbors

 'I'm frightened to t(
year-old Man
shoved by str

NEW YORK

# Second inmate in less than a month reported dead at troubled Brooklyn federal jail

 **By NOAH GOLDBERG**
NEW YORK DAILY NEWS  |  JUN 10, 2020

  

FEEDBACK

TRIAL OFFER

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

MDC inmate, 44, dies at troubled Brooklyn facility - New York Daily News $Ext$  N 

SAVE NOW



Metropolitan Detention Center (Theodore Parisienne for New York Daily News)

An inmate at Brooklyn's federal lockup quietly died of unknown causes more than three weeks ago in a previously unreported incident, the Daily News has learned.

Kenneth Houck, 44, who was being temporarily held at the Metropolitan Detention Center for possession of child porn charges, died at NYU Langone Hospital around 11:30 a.m. May 19, court papers showed. It was not immediately clear what caused his death.

Reports of the inmate's death comes as the federal Bureau of Prisons has reported zero coronavirus-related deaths at the MDC — and the jail was praised by a Brooklyn federal judge Tuesday for its response to the pandemic.

Houck died just weeks before another detainee at the jail, Jamel Floyd, was pepper

TRIAL OFFER

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Ext N

SAVE NOW

The circumstances around Houck's death are less clear than Floyd's. Houck appeared for a court conference as recently as April 30, just weeks before his death.

### MOST READ

**Death of man found hanged from tree in Manhattan park ruled a suicide: medical examiner**

**'I'm frightened to tears': 92-year-old Manhattan woman shoved by stranger hits head on fire hydrant in bizarre caught-on-video attack**

**Black officer fired from Buffalo PD after stopping white colleague's chokehold deserves 'new set of eyes' on case after George Floyd**

He was unable to attend a virtual court hearing April 24 due to his "disciplinary conduct" at the MDC, according to court papers.

"The MDC consistently dismisses reports from people in its custody about inmates being sick or dying as exaggerated or false," said Federal Defenders lawyer Deirdre Von Dornum. "A few weeks ago, there were reports from detained people and their families that someone at MDC had died and that 'something wasn't right about it.' We only now have learned that a pre-trial detainee died on May 19."

FEEDBACK

"Once again, the inmates at MDC are speaking the truth and we all need to listen. Just as with the recent death of Jamel Floyd at MDC after being pepper sprayed by officers, the death of Mr. Houck while in the care of the MDC warrants investigation," Von Dornum said.

Houck was badly beaten while in prison on other child porn charges in 2011, according to Syracuse.com.

TRIAL OFFER     NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Ext O

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N
-----------------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Facilities
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/07/2020 03:53:21 PM

To: PLUMER
Inmate Work Assignment: N/A

there is a leak in my cell and no cold water is coming out of faucet only extreme hot water . ive been having this problem for
some days now ..... thank you

Ext 01

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Facilities
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/08/2020 07:30:51 AM

To: mCNAMARA
Inmate Work Assignment: N/A

KO6-144 TOILET AND SINK ARE DOWN .... K06-145 BED IS BROKE AND LEANING ... NEED ASSISTANCE PLZ

Ext 02

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Facilities
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/22/2020 03:07:44 PM

To: plumer
Inmate Work Assignment: n/a

the water from my sink 6 tier 145 has not been working for several weeks and my toilet is not working need your assistants please .... thank you

# MCC NEW YORK

# INMATE BULLETIN

The institution is currently undergoing a project to repair and upgrade the air conditioning system. Daily interruptions are expected until the completion of the project. The project will continue for the next several weeks. At that time, we anticipate restoration of normal comfortable temperatures. The daily interruptions will affect the air conditioning units and cooling throughout the building until the project is complete. We apologize for the inconvenience.

| | |
|---|---|
| _____//s//_____ | June 4, 2020 |
| Marti Licon-Vitale, Warden | Date |

ELLISON, ANTHONY 86282054

Ext P

BP-A0288
JAN 17

**INCIDENT REPORT**

**U.S. DEPARTMENT OF JUSTICE**                                                **FEDERAL BUREAU OF PRISONS**

**Part I – Incident Report**

| 1. Institution: MCC NEW YORK | | Incident Report Number: | |
|---|---|---|---|
| 2. Inmate's Name: Ellison, Anthony | 3. Register Number: 86282-054 | 4. Date of Incident: 6/11/2020 | 5. Time: 9:50pm |
| 6. Place of Incident: K06-144 | 7. Assignment: UNIT 11N | | 8. Unit: 11 NORTH |
| 9. Incident: Refusing to obey orders, Being in unauthorized area | | 10. Prohibited Act Code (s): 307, 316 | |

11. Description of Incident (Date: 6/11/2020 _____ Time: 9:50pm _____ Staff became aware of incident):

On June 11th at approximately 9:50pm, I was locking down Unit 11 North for count. Upon approaching tier 6, inmates Ellison, Anthony (Reg# 86282-054) and Smith, Brian (Reg# 86614-054) came to me and stated that they are refusing to lock in unless I leave the feeding slot open. I explained to them that I am not permitted leave said slot open and that it must be closed before count. Ellison responded by stating "Well I'm not going in until you call the lieutenant, its too hot in there". Ellison then proceeded to tier 5 and got in the shower, I ordered him to leave the tier and return to his cell and he again refused. I notified Lieutenant Rice of the situation and Officer Marcus was sent to assist. After a discussion with both Smith and Ellison they both entered the cell without further incident.

| 12. Typed Name/Signature of Reporting Employee: W. McClam Jr. | 13. Date And Time: 6/12/2020    5:45am | |
|---|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): NT CIVERA | 15. Date Incident Report Delivered: 6/12/20 | 16. Time Incident Report Delivered: 11:45am |

**Part II – Committee Action**

17. Comments of Inmate to Committee Regarding Above Incident:

18. A. It is the finding of the committee that you:

☐ Committed the Prohibited Act as charged:
☐ Did not Commit a Prohibited Act.
☐ Committed Prohibited Act Code (s). _____

B. ☐ The Committee is referring the Charge(s) to the DHO for further Hearing
C. ☐ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

19. Committee Decision is Based on Specific Evidence as Follows:

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act):

21. Date and Time of Action: _____ (The UDC Chairman=s signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

| Chairman (Typed Name/Signature): | Member (Typed Name): | Member (Typed Name): |
|---|---|---|

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute:  Original-Central File Record; COPY-1-DHO: COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

-----------------------------------------------------------------------------------------

FROM: 86282054
TO: Facilities
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/12/2020 01:47:03 PM

To: Whom this may concern
Inmate Work Assignment: Head Orderly

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you for your time and consideration.

Sincerely,
Anthony J. Ellison

Ext P2

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------

FROM: 86282054
TO: Warden
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/12/2020 01:47:42 PM

To:
Inmate Work Assignment: Head Orderly

-----ELLISON, ANTHONY JAMEL on 6/12/2020 1:47 PM wrote:

>

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you for your time and consideration.

Sincerely,
Anthony J. Ellison

Ext P3

TRULINCS 86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Executive Assistant
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/12/2020 01:50:12 PM

To:
Inmate Work Assignment: Head Orderly

-----ELLISON, ANTHONY JAMEL on 6/12/2020 1:47 PM wrote:

>

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you for your time and consideration.

Sincerely,
Anthony J. Ellison

Ext P4

TRULINCS 86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Associate Warden Operations
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/12/2020 01:49:43 PM

To:
Inmate Work Assignment: Head Orderly

-----ELLISON, ANTHONY JAMEL on 6/12/2020 1:47 PM wrote:

>

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you for your time and consideration.

                         Sincerely,
                    Anthony J. Ellison

Ext PS

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Unit Team 9/11
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/12/2020 01:48:56 PM

To: Mr. Bullock
Inmate Work Assignment: Head Orderly

-----ELLISON, ANTHONY JAMEL on 6/12/2020 1:47 PM wrote:

>

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you for your time and consideration.

Sincerely,
Anthony J. Ellison

Ext P6

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

-----------------------------------------------------------------------------------------------------

FROM: Associate Warden Operations
TO: 86282054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/15/2020 12:02:02 PM

Re: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N

Facilities staff was informed of your complaint today and indicate staff restored the cold water and repaired your toilet on today.
They were unsuccessful in restoring air flow. However, they are working on the ventilation issue causing little to no air flow
coming from the vent.

>>> ~^!"ELLISON, ~^!ANTHONY JAMEL" <86282054@inmatemessage.com> 6/12/2020 2:49 PM >>>
To:
Inmate Work Assignment: Head Orderly

-----ELLISON, ANTHONY JAMEL on 6/12/2020 1:47 PM wrote:

>

There is absolutely no air coming out of my vent in my cell k-144 on 6-tier. It feels like it's well over 100 degrees. My toilet does
not flush and it's no cold drinking water coming out of my faucet. Can you please help and fix this problem A.S.A.P. Thank you
for your time and consideration.

        Sincerely,

    Anthony J. Ellison

Contraband video shows "disgusting" conditions inside MCC jail - New York Daily News  $\mathcal{E}xt$  $Q$

NEW YORK

# SEE IT: Contraband video gives rare look at 'disgusting' conditions inside Manhattan federal jail

 **By STEPHEN REX BROWN**
NEW YORK DAILY NEWS   |   APR 27, 2020





Inmate films video, shows living conditions inside Metropolitan Correctional Center.

  

SECTIONS

SUBSCRIBE
10 weeks for only 99¢

LOG IN

**TRIAL OFFER**

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

SAVE NOW

into a coronavirus petri dish.

The footage, recorded with a contraband cell phone at the federal lockup in lower Manhattan, depicts a housing unit at the jail a year prior to the pandemic. Numerous sources said the mold, rodents and dirty quarters in the footage resemble current conditions.

A former inmate provided the video to the Daily News in the hope it would spark reform.



The Metropolitan Correctional Center in lower Manhattan. (Luiz C. Ribeiro/for New York Daily News)

FEEDBACK

The video provides a rare look inside the 750-inmate jail that became nationally known after Jeffrey Epstein hanged himself in one of its cells while awaiting trial for sex trafficking.

"Harsh conditions here at the MCC," the narrator says at the start of the tour.

**TRIAL OFFER**    NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Contraband video shows "disgusting" conditions inside MCC jail - New York Daily News 

SAVE NOW

The inmate says that 26 inmates sleep on bunk beds in a dark, crowded space. Mice, rats and water bugs live in a rusty heater that doesn't work. A trail of rodent droppings shows the critters are trying to raid inmates' lockers.

Mold grows in the bathroom ceiling. The inmates share one shower, a toilet and a urinal. Water never stops running from the shower or sink.

A toilet plunger has no stick, meaning inmates have to put extra elbow grease into clearing a clog.

[More New York] Mother of 8-year-old autistic boy who died in freezing L.I. garage files $200M lawsuit alleging systemic failure led to his killing »

"It's disgusting," the narrator says.

The footage is a serious security breach, said Tyrone Covington, a correctional officer and union president at the jail. But he said the inmates' complaints about conditions in the lockup line up with gripes by its staff.

FEEDBACK

TRIAL OFFER   NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

Contraband video shows "disgusting" conditions inside MCC jail - New York Daily News

SAVE NOW



Metropolitan Correctional Center (Luiz C. Ribeiro / for New York D/New York Daily News)

"As a union we have some of the same complaints the inmate population may have —
the ones he's expressing in that video," Covington said.

[More New York] Fireworks complaints skyrocket in NYC »

The jail's troubles include an FBI investigation into a loaded gun found in an inmate
housing area earlier this year. A Justice Department watchdog criticized the
Metropolitan Correctional Center in March for failing to properly monitor terrorist
inmates.

The tight quarters at the 12-story jail make social distancing impossible. Five inmates
and 33 staff tested positive for coronavirus, the jail reported Thursday. One of those
sickened is the jail's warden, said a source.

TRIAL OFFER          NEWS WITH NY ATTITUDE
                     10 weeks for 99¢

SAVE NOW

Contraband video shows "disgusting" conditions inside MCC jail - New York Daily News

[More New York] Bicyclist killed by MTA bus in Midtown Manhattan in gruesome crash »

"As much time as I've spent in that place, it still shocks me to see it. The cramped and unsanitary living conditions are unacceptable at any time, but now with COVID-19, it's truly horrifying," said David Patton, executive director of Federal Defenders of New York.

"Social distancing is an imaginary concept at the MCC. People are literally piled on top of one another," Patton said. "And yet federal prosecutors keep going into court telling judges that all is well — nothing to worry about. It's a disgrace."

FEEDBACK

TRIAL OFFER

NEWS WITH NY ATTITUDE
10 weeks for 99¢

Case 1:18-cr-00834-PAE   Document 504   Filed 06/24/20   Page 73 of 91
Contraband video shows "disgusting" conditions inside MCC jail - New York Daily News
SAVE NOW

**Aunt Jemima to change logo because it's 'based on a racial stereotype,' Quaker Oats says**

**'I'm frightened to tears': 92-year-old Manhattan woman shoved by stranger hits head on fire hydrant in bizarre caught-on-video attack**



## Breaking News Newsletter
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

ENTER YOUR EMAIL ADDRESS

"Correctional facilities are the antithesis of social distancing," he said. "I think it's safe to predict a dire future under these conditions."

Bruce Barket, a defense attorney and outspoken critic of how the Metropolitan Correctional Center is run, said conditions there are worse than what's shown in the video.

The jail has been on lockdown for three months, and inmates are not allowed to visit with family or their lawyers. Inmates have recently complained about being confined to cells for most of the day with no hot meals or clean clothes.

"Setting aside the virus, the conditions are terrible," Barket said.

[More New York] Ex-con busted in fatal shooting at Brooklyn housing development »

**TRIAL OFFER**   NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

# MCC NEW YORK

# INMATE BULLETIN

We have confirmed an inmate who arrived on June 1, 2020, and posted bail today at approximately 9:00 a.m., has tested positive for COVID-19.  He was tested upon arrival and presented with no symptoms.  He was placed and was continually housed in the quarantine unit.  The test results were received from a commercial lab with a positive result after his departure.

This again is a reminder, inmates should continue to practice hand washing, coughing/sneezing in elbow and follow all other advertised precautions.


_____          June 5, 2020
M. Licon-Vitale, Warden                  Date

NYC mobster released from prison to avoid coronavirus wants to teach yoga - New York Daily News

SECTIONS

SUBSCRIBE
10 weeks for only 99¢

LOG IN

Man in KKK outfit walks dog, waves to neighbors



Death of man found hanged from tree in Manhattan park ruled a suicide: medical...



'I'm frightened to t year-old Man shoved by str

CORONAVIRUS

# Mobster behind botched 1992 hit of innocent Brooklyn mom released because of coronavirus, says he wants to teach yoga



**By NOAH GOLDBERG**
NEW YORK DAILY NEWS  |  MAY 05, 2020




FEEDBACK

TRIAL OFFER

NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW



Lucchese gangster Michael Spinelli. (Handout)

This made man is a changed man.

Luchese gangster Michael Spinelli, who masterminded the attempted murder of an innocent woman in 1992, was released from prison Tuesday due to coronavirus concerns, saying he's a different person from his old mob days and even wants to be a yoga instructor.

Spinelli, aka Baldy Mike, was tasked in March 1992 by Luchese bosses with rubbing out Patricia Capozzalo, a Brooklyn mother of three whose only crime was being the sister of a capo-turned-cooperator, 435-pound Peter "Big Pete" Chiodo. The attempted murder broke mafia code of not targeting innocent family members of mobsters.

Spinelli stalked Capozzalo for weeks before the attempted hit took place. On the

FEEDBACK

TRIAL OFFER    NEWS WITH NY ATTITUDE
10 weeks for 99¢

SAVE NOW

She was hit in the neck, behind the ear, and ... the back. After the shooters drove off, Capozzalo ran into the house, called for help and was taken to the hospital.

Six years later she testified against Spinelli, who was already behind bars for unrelated crimes.

Capozzalo was targeted because Big Pete was set to testify at the trial of Vittorio Amuso, then boss of the Luchese crime family.

But Spinelli's lawyers say that 28 years of hard time forced the made man to take a hard look at himself — and that he's no longer a murderous mafioso.



Daily News front page from March 11, 1992 showing Patricia Capozzalo and her car after mob shooting. (New York Daily News)

"Today, he is 'embarrassed and ashamed' of who he was. He is full of remorse. Back then he was part of a culture of violence. Today, he is a calm, positive influence on those around him. He works daily to repent for his actions, and tries to help other incarcerated people find peace," wrote attorney Allegra Glashausser in Spinelli's application for release.

"He dreams of 'build[ing] a peaceful life as an old man,' and trying to 'help people' with the 'few years [he] has left,' by teaching yoga and spending time with his family," Glashausser wrote.

TRIAL OFFER        NEWS WITH NY ATTITUDE
10 weeks for 99¢

NYC mobster released from prison to avoid coronavirus wants to teach yoga - New York Daily News

SAVE NOW     Ext 5

Get updates on the coronavirus pand
breaking news email alerts.

ENTER YOUR EMAIL ADDRESS

Spinelli, 66, also has a host of medical conditions that make him particularly vulnerable if he were to catch COVID-19 at Manhattan's federal jail, where he was being held, his lawyers said.

The ex-mobster still has nine years left on his sentence and wasn't supposed to be released until 2029.

The feds strenuously opposed springing him.

"Spinelli agreed to murder an innocent civilian for his own selfish gain and advancement within the Luchese family. He did so with the clear intent of intimidating one government witness from testifying against the mob and sending a message to other would-be cooperators: cooperators and their families will never be safe," they wrote in court papers.

A judge ordered Spinelli released into his sister's custody on $250,000 bail pending his resentencing in the case.

**MOST READ**

FEEDBACK

**Death of man found hanged from tree in Manhattan park ruled a suicide: medical examiner**

**'I'm frightened to tears': 92-year-old Manhattan woman shoved by stranger hits head on fire hydrant in bizarre caught-on-video attack**

TRIAL OFFER        NEWS WITH NY ATTITUDE
                   10 weeks for 99¢

                   SAVE NOW

Your Honor,                                                    Feb. 8, 2020

Re: Anthony Ellison 86282-054

    I am a fellow inmate in the same Unit at the Metropolitan Correction Center (MCC) as Mr. Ellison, and had known him over one year. Mr. Ellison impresses me with his personal qualities which had enabled him to play a pivotal role in this small community of incarcerated persons.

    Mr. Ellison is a thoughtful man. Way back in November 2018, shortly after he was placed in the present population at MCC, he approached me one day and asked "How are you able to keep your composure among all these challenges and difficulties?" At first, I thought it was just a casual remark with the oldest person in the house. But he followed with imploring questions about self-examination, internal reflection and how to achieve resiliency and gain fortitude in the face of adversity. Since then, we have had in-depth and entreating discussions on multiple occasions in which we shared enlightening experience in quiet time, breathing exercises, emotion control and thought management. Throughout the year, Mr. Ellison had become more confident in his composure and at peace with himself. I have never seen him losing his temper or becoming emotional despite being being challenged. He is a relaxed and tranquil person, at ease with himself.

    Mr. Ellison is a kind 'people' person. He has very effective interpersonal skill. He is a man of few words. When he speaks, he speaks softly, with undivided attention and thoughtfulness, assuring his interlocutors that he has only their best interests in mind. He always conveys a sense of care, compassion, and kindness that put his interlocutors at ease and with trust in him. He is always quick to help and willing to mitigate differences. On several occasions, I had personally witnessed that, as soon as he heard, he rushed to the scene of intense verbal dispute, and was able to calm shrill tension and obviate impending physical altercation. He has earned the respect of his fellow inmates for being able and willing to mediate conflict and appease differing interests.

    Mr. Ellison is a trusted and effective organizer. He also earns the respect and trust of the MCC officers, counsellors, and education officers through his readiness to help fellow inmates to better themselves. He was successful in rallying others to participate in self improvement programs and educational courses (such as Anger management, Better habits, meditation, world geography, Money Smart and others) in which he himself also enrolled. He was entrusted with the organization of chess and checker tournaments. He has indeed become the anchor person among inmates in the Unit despite his quiet, subdued, and modest demeanor.

    I enjoyed my interaction and association with Mr. Ellison, and inspite of our age difference, our discussions in issues, be they somebody else's or his own, had always been able to strike a resonant chord. Together, we found kindness, we found peace, we found hope, and we found a future.

Sincerely,

Ho. Chi Puig Patrick

76101-054

Ext. U

## METROPOLITAN CORRECTIONAL CENTER, NEW YORK
## ADMINISTRATIVE REMEDY PROCEDURE FOR INMATES

### INFORMAL RESOLUTION FORM (BP-8)

**NOTE TO INMATE:** With the exception of sensitive issues and DHO appeals, you are advised that prior to receiving and filing a Request for Administrative Remedy Form BP-229(13) (old BP-9), you MUST attempt to informally resolve your complaint through your correctional counselor. Additionally, in accordance with P.S. 1330.13, you have the responsibility to present complaints in good faith and in an honest and straightforward manner. Before completing this form, you should make every effort to honestly attempt to informally resolve this matter verbally with staff.   Briefly state ONE complaint below and list what efforts you have made to resolve your complaint informally.

Date form issued and initials of Corr. Counselor: _6 - 3 - 2020_

**INMATE'S COMMENTS:**

1. Complaint: All of my Attorney (Legal mail) for months Ive Been Recieving have Been open and read, and the officer hands it to me like regular mail. All of my Attorney mail says Notice: opened As General Correspondence for special Mail Requirements See 28 CFR 540.19

2. Efforts made by you to informally resolve: Correctional Officer, unit Team Counselor

3. Names of staff you contacted/Date you contacted the staff:
Unit Team Bullock          Counselor : ASSiddar
Correctional officer        Unit Team Griffith

Date returned to Correctional Counselor:_____

Anthony Ellison          #282054          5-24-2020
Inmate's Name          Register Number          Date

**CORRECTIONAL COUNSELOR'S COMMENTS:**

1. Efforts made to informally resolve and staff contacted:_____

_____

_____

Date informally resolved:_____   Counselor Signature:_____

Date BP-229(13) Issued:_____

Unit Manager:_____

Ext. V

**KULTUREHUB** (https://kulturehub.com/)

KULTURE (HTTPS://KULTUREHUB.COM/CATEGORY/KULTURE/)

# How Power Forward NYC is reminding us the holidays are for giving back



BY CHOROUK AKIK (HTTPS://KULTUREHUB.COM/AUTHOR/CHOROUK-AKIK/) – DECEMBER 23, 2019        PHOTO CRED: @SHOTBYKENAN

**f** (https://www.facebook.com/sharer/sharer.php?u=https://kulturehub.com/power-forward-nyc/)

**🐦** (https://twitter.com/intent/tweet?url=https://kulturehub.com/power-forward-nyc/&text=How Power Forward NYC is reminding us the holidays are for giving back)

(HTTPS://KULTUREHUB.COM/)

**How Power Forward NYC is reminding us the holidays are for giving back**

Exh. V

**in** (https://www.linkedin.com/shareArticle?url=https://kulturehub.com/power-forward-nyc/&title=How Power Forward NYC is reminding us the holidays are for giving back&summary=&source=)

(http://www.reddit.com/submit?title=How Power Forward NYC is reminding us the holidays are for giving back&url=https://kulturehub.com/power-forward-nyc/)

This holiday season (https://kulturehub.com/asap-foundation-charity-giving/) it's important we get involved with organizations that are making a difference.

Every year we spend money on Christmas gifts, Black Friday, Cyber Monday Sales and extravagant dinners and parties.

Yet some times we forget to focus on self-care and treating ourselves, especially this time of year when loneliness and winter blues start to creep up. But putting some of that care into others is important too.

One of the best ways to give back is to do it locally. There are tons of organizations collecting donations, gently worn clothing and other essentials. It's just a matter of finding a cause you believe in.

Power Forward (https://thepowerforward.com/) NYC is a non-profit promoting education and achievement for the youth. Founder of the initiative, Anthony Ellison is originally from Bed Stuy and created the organization with the mission to have a positive impact on the youth.

(HTTPS://KULTUREHUB.COM/)

**How Power Forward NYC is reminding us the holidays are for giving back**



Photo Cred: @shotbykenan

Ellison believes people need to take more ownership of their streets, community and to pay special attention to our youth. The Founder of Power Forward NYC and Smurf Village native said,

"EVERYONE DESERVES A CHRISTMAS."

Power Forward NYC believes in removing labels from inner-city kids. The focus on connecting youths ages 5 to 15 to themselves, diverse peers and their own family. In doing so, a new cycle of healthy, long-lasting habits and positive beliefs are formed.

(HTTPS://KULTUREHUB.COM/)

How Power Forward NYC is reminding us the holidays are for giving back

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Sick Call
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 06/18/2020 12:16:47 PM

To: Doctor
Inmate Work Assignment: Head Orderly

Most people within the Mcc are not being effectively screened for Covid-19 sign or symptoms. When Mcc staff screens people for Covid-19, they rely on temperature checks . Which is a serious deviation from accepted standards. The nurses never asked us if we were experiencing symptoms such as fatigue , shortness of breath , coughing and other symptoms. In fact, they actually ignored  the obvious symptoms of inmates that we visibly sick.
The sick-call system is ineffective. The sick-call system is suppose to ensure that people who are ill or have medical concerns receive timely competent assessments and treatments. All my sick-calls were ignored.
Inmates who were showing symptoms of covid-19 were never separated from there cellmates or others in the tier.
There is a frightening lack of responsible care at the MCC. On three occasions I told the nurses i was sick and experienced difficulty breathing. I told them i was certain that i had contracted Covid-19. Nevertheless, they never performed a basic examination or listened to my lungs with a stethoscope. The lack of basic examinations and ignoring sick-calls, represents a grave deficiency in care, and risks the rapid deterioration of sick inmates that are locked in their cells for over 23 hours a day. Covid-19 often progresses to include life-threatening pneumonia ion the second week of symptoms. Without a basic assessment, Covid-19 can not be caught early and the deterioration of health can occur rapidly and can lead to serious illness or death.
Over 30 staff members contracted Covid-19 at the MCC. This shows how serious the spread of Covid-19 was in the facility. It is my belief that the authorities at the MCC refused to test patients because they did not want the public or media to know how many inmates were actually infected and how poor a job the officials at the MCC did in the containing the spread of Covid-19
Thank You

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Sick Call
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 04/08/2020 01:03:42 PM

To: M.D
Inmate Work Assignment: medical

to anyone that works in medical department thats willing to help ive been putting in several request because my asthma is giving me problems ... it keeps me up most of the night . i can not sleep .my chest , constant cough that i can not control , short breathing, weezing... its very over whilming .... please if you can response back ( the least ) if you are busy.thank you enjoy your day

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

--------------------------------------------------------------------------------------------

FROM: 86282054
TO: Sick Call
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/07/2020 08:20:09 AM

To: P.A Kang
Inmate Work Assignment: N/A

I been having alot of chest pain lately its also starting to effect my breathing i feel like its getting harder for me to breath when i be working out i be feeling like im about to pass out i would like to get that check ASAP PLEASE HELP ME MS.KANG!!

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Sick Call
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 04/07/2020 12:07:25 PM

To: DOCTOR B
Inmate Work Assignment: M.D MEDICAL

ASTHMA IS BOTHERING ME THE PUMP DOESN'T WORK NEED ASSISTANCE PLEASE TIGHT CHEST CONSTANT
COUGH

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N
----------------------------------------------------------------------------------------------------

FROM: Sick Call
TO: 86282054
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/11/2020 11:17:07 AM

Your refill was rilled on 5/8.

>>> ~^!"ELLISON, ~^!ANTHONY JAMEL" <86282054@inmatemessage.com> 5/11/2020 10:20 AM >>>
To: P/A MS.KANG
Inmate Work Assignment: N/A

THANK YOU AND ENJOY YOUR DAY
-----Sick Call on 5/8/2020 9:37 AM wrote:

>
Refill has been requested through pharmacy and you have been scheduled for sick call.

>>> ~^!"ELLISON, ~^!ANTHONY JAMEL" <86282054@inmatemessage.com> 5/8/2020 8:39 AM >>>
To: P/A MS.KANG
Inmate Work Assignment: N/A

I NEED A REFILL ON ASMANEX TWISTHALER MOMETASONE FUROATE INHALATION POWDER 220 MCG ... BEEN
WAITING FOR A WEEK NOW I INFORMED NURSE SINGH THAT THEY GAVE ME THE WRONG INHALER .... NEED ASAP
PLEASE THANK YOU

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Associate Warden Operations
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/22/2020 03:21:09 PM

To: MD kang
Inmate Work Assignment: n/a

I've been having chest pains , wheezing , shortness of breath .. it feels like pulling on the left side of my cheat . I've been trying to get down to sick call to see someone for help . the computers has not been working in the building for a while ... i need a EKG  to see whats wrong .... i need a check up please i want to check on my health. i know you are extremely backed up , but i need your assistance when you are free  .... thank you God Bless

TRULINCS  86282054 - ELLISON, ANTHONY JAMEL - Unit: NYM-K-N

---------------------------------------------------------------------------------------------------------------

FROM: 86282054
TO: Sick Call
SUBJECT: ***Request to Staff*** ELLISON, ANTHONY, Reg# 86282054, NYM-K-N
DATE: 05/27/2020 01:45:24 PM

To: MD kang
Inmate Work Assignment: na

ive been asking for several weeks to see someone in medical department , no response ... i have very serious chest pains
shortness of breath ..... please see me sooner then later .... please

Anthony J. Ellison #86282054
Metropolitan correctional center
150 Park Row
New York, NY 10007

Received 6/23/20

CERTIFIED MAIL®

7017 2680 0000 9631 5210

Honorable Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, N.y. 10007








U.S. POSTAGE PAID
PM 1-Day
NEW YORK, NY
10007
JUN 19, 20
AMOUNT

$0.00
R2305M149383-34

1005        10007