UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ANTHONY ELLISON,<br><br>                    Defendant. | 18-CR-834-09 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received the attached letter from defendant Anthony Ellison, indicating that he has objections to the Presentence Report (PSR) in his case, in which sentencing is scheduled for September 24, 2020. The Court expects that defense counsel will promptly confer with Mr. Ellison about these matters and will thereafter promptly communicate to the Probation Department any outstanding objections to the PSR.

SO ORDERED.

                                             _____
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: July 9, 2020
       New York, New York