# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

July 8, 2020

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   United States v. Anthony Ellison
      Case No.: 18 Cr. 834 (PAE)

Dear Honorable Judge Engelmayer:

Anthony Ellison is scheduled to be sentenced by Your Honor on July 23rd, 2020. Given the pandemic and other issues at MCC, we have been unable to meet with him to discuss sentencing issues. Moreover, Mr. Ellison wishes to be physically present before Your Honor on the date of his sentencing.

Therefore, we respectfully request that his sentence be rescheduled. My office contacted Mr. Smallman and he advised that September 24th works best for the Court. We have contacted AUSA Michael Longyear and he has no objection to our request and no objection to the September 24th date.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick

DLC/mw
cc:   AUSA Michael Longyear
      AUSA Jacob Warren
      AUSA Jonathan Rebold
      Calvin Scholar, Esq.

---

**GRANTED.** Sentencing is rescheduled for September 24, 2020 at 10:30 a.m. To facilitate the Court's preparation for sentencing, the defense sentencing submission is due August 20, 2020. The Government's sentencing submission is due August 27, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 517.         7/9/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge