# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

August 19, 2020

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Anthony Ellison**
      **Case No.:  18 Cr. 834 (PAE)**

Dear Judge Engelmayer:

We are the attorneys for Anthony Ellison in the above referenced matter.  We write to request an extension of time to submit Mr. Ellison's sentencing memorandum.

We have just had an emergency legal call with Mr. Ellison who informed us that he is in the SHU and has not received any correspondence from our office.  Mr. Ellison insists that he review his sentencing memorandum before submission.

In addition, he is in the SHU without his asthma pump and if he receives our correspondence, he will need a light in order to read and review the memorandum.

In light of these circumstances, we respectfully request that our date to submit Mr. Ellison's sentencing memorandum be extended to August 26th, 2020.  Please know that the Government has no objection to our request.

Thank you in advance for your consideration.  Should you have any questions, please do not hesitate to contact me.

Respectfully submitted,

Deveraux L. Cannick

DLC/mw
cc:  AUSA Michael Longyear
     AUSA Jacob Warren
     Calvin Scholar, Esq.

**GRANTED.** The Clerk of Court is requested
to terminate the motion at Dkt. No. 526.
SO ORDERED.

8/20/2020

_____
PAUL A. ENGELMAYER
United States District Judge