

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

September 28, 2020

**VIA ECF and E-MAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:  United States v. Anthony Ellison
     18 Cr. 834 (PAE)

Dear Judge Engelmayer:

    We represent Mr. Anthony Ellison in the above listed matter currently pending before this Court. Mr. Ellison has submitted a letter with exhibits to the Court in advance of sentencing. As more fully and specifically set forth, the defense would respectfully request that certain portions of the exhibits be filed under seal.

    As an initial matter, Mr. Ellison's letter reveals the horrors that he has experienced and continues to experience while being incarcerated at MCC-New York. Mr. Ellison's letter presents a record of conditions at MCC-New York that are appalling. It is clear that the conditions within MCC-New York are truly harsh, especially during the pandemic caused by COVID-19. These circumstances have caused Mr. Ellison anxiety and his submission was prompted by the uncertainty that he necessarily feels during this time. The defense submits that Mr. Ellison meant no disrespect to the Court and the defense would respectfully renew its request that the Court consider imposing a sentence below the guidelines due to the truly harsh conditions that Mr. Ellison has experienced while being incarcerated.



Respectfully submitted,

By:  /s/ Deveraux L. Cannick
*Attorney for Anthony Ellison*
Aiello & Cannick
69-06 Grand Avenue
Maspeth, New York 11378
Telephone: (718) 426-0444
Facsimile: (718) 803-9764

/s/ Calvin H. Scholar
*Attorney for Anthony Ellison*
The C.H. Scholar Law Firm, P.L.L.C.
225 Broadway, Suite 715
New York, New York 10007
Telephone: (212) 323-6922
Facsimile: (212) 323-6923

**GRANTED.** The Court authorizes and directs defense counsel to docket, in redacted form as proposed, the letter submitted by defendant Anthony Ellison and the attachments to that letter. Counsel are to file these materials on the docket of this case by Wednesday, September 30, 2020. The Clerk of Court is requested to terminate the motion at Dkt. No. 535.

9/28/2020

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge