UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
       -v-                                                             :    18-CR-834-09 (PAE)
                                                                        :
ANTHONY ELLISON,                                                        :    SCHEDULING ORDER
                                                                        :
       Defendant.                                                      :
                                                                        :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court schedules sentencing in this case for **October 7, 2020** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference, the parties should call 888-363-4749 and use access code 468-4906.

      Attached to this order is the link for use by the attorneys and the defendant in order to fast track entrance into the building on the day of the conference. The Court requests that the parties notify the Court, by noon on Friday, October 2, 2020, how many members of Mr. Ellison's family, and the public, are expected to be in attendance.

      SO ORDERED.

Dated: September 30, 2020
       New York, New York

                                                  PAUL A. ENGELMAYER
                                                  United States District Judge