UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY ELLISON,

Defendant.

18-CR-834-09 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    Sentencing of defendant Anthony Ellison is presently scheduled for Wednesday, October 7, 2020, at 10:00 a.m. That date was selected by the Southern District Board of Judges based on, inter alia, the representation of lead defense counsel that he was available that week and day. Regrettably, however, the Court was notified today that lead defense counsel returned to New York State three days ago from South Carolina. Because persons arriving from South Carolina are obliged by New York State to quarantine for two weeks upon return, counsel necessarily will not be available to appear on Mr. Ellison's behalf next week at sentencing. In the interests of assuring that Mr. Ellison is represented by his lead counsel at sentencing, the Court has no choice but to adjourn the sentencing. The Court regrets the disruption caused by this change of schedule, and the frustration that surely will be experienced as a result by Mr. Ellison, whom the Court understands to wish to move promptly to sentencing so as to expedite his eventual transfer from the Metropolitan Correctional Center to a federal prison.

    The Court's intention is to hold Mr. Ellison's sentencing during the week of October 13, 2020, if a date and time can be arranged that week consistent with the availability of the Government counsel responsible for this sentencing, and if not, as soon as possible

thereafter.  The Court expects that Mr. Ellison's counsel will be available to attend sentencing on the date assigned that week by the Board of Judges, and will not undertake travel plans before sentencing that would subject himself to a future quarantine.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 2, 2020
       New York, New York