UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                  :

UNITED STATES OF AMERICA,           :

         -v-                  :        18-CR-834-11 (PAE)

ANTHONY ELLISON,           :        SCHEDULING ORDER

               Defendant.    :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court schedules sentencing in this case for **October 22, 2020** at **10:00 a.m.** The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference, the parties should call 888-363-4749 and use access code 468-4906.

       SO ORDERED.

Dated: October 15, 2020
       New York, New York
                              PAUL A. ENGELMAYER
                              United States District Judge