

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

October 16, 2020

**VIA ECF and E-MAIL**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   United States v. Anthony Ellison
      18 Cr. 834 (PAE)

Dear Judge Engelmayer:

We represent Mr. Anthony Ellison in the above listed matter currently pending before this Court. Sentencing has been scheduled for October 22, 2020. The defense respectfully requests that the Court allow the use of electronic devices with WI-FI access as set forth by SDNY Standing Order M10-468. The defense intends to use the devices during the sentencing to access all of the case materials which are voluminous. A copy of a proposed order has been submitted to the Court as part of this application.

Respectfully submitted,

By:   /s/ Deveraux L. Cannick
      *Attorney for Anthony Ellison*
      Aiello & Cannick
      69-06 Grand Avenue
      Maspeth, New York 11378
      Telephone: (718) 426-0444
      Facsimile: (718) 803-9764

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 558.

10/19/20

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge