

March 2, 2021

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: United States v. Ellison, 18 CR 834 (SDNY) (PAE)**

Dear Judge Engelmayer:

    I am prospective appellate counsel for Anthony Ellison, the defendant in this case. Please accept this letter as a 28 U.S.C. § 2241 motion for an order directing the personnel at United States Penitentiary – Canaan, where Ellison is currently housed, to allow Ellison a phone call with myself and a responsible relative for the purposes of arranging my retention.

    Over the last several months, I have been discussing my potential retention by Ellison for the direct appeal of his conviction and sentence in this Court. However, since his transfer from the Metropolitan Correctional Center to United States Penitentiary – Canaan in January, he has been unable to communicate with his family, initially because of COVID-19 quarantine restrictions and now because he is in segregated housing. Without the ability to communicate with his family, Ellison cannot take the steps necessary to arrange my engagement, impairing his rights to have counsel of his choice represent him on his appeal.

    To protect these rights of Ellison's, I request an order directing personnel at the United States Penitentiary - Canaan to allow Ellison a call with a responsible relative and myself to authorize and arrange my retention. Thank you for considering my application.

Respectfully,

Andrew St. Laurent

**GRANTED.** The Court asks that personnel at the United States Penitentiary / Canaan facilitate a call between defendant Anthony Ellison, a relative, and Mr. Ellison's likely incoming appellate counsel, Andrew St. Laurent, Esq. The Clerk of Court is requested to terminate th motion at Dkt. No. 592.

3/2/2021

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge