UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY ELLISON,

Defendant.

18 Crim. 834 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a pro se motion for compassionate release from defendant Anthony Ellison. Dkt. 596. The Court asks Mr. Ellison's CJA trial counsel, Calvin H. Scholar, to submit a memorandum in support of Mr. Ellison's motion, and to the extent necessary, reappoints Mr. Scholar to represent Mr. Ellison for this purpose. This memorandum is due May 26, 2021. The Government's response is due June 2, 2021. The Court does not invite a reply.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: May 12, 2021
New York, New York