UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY ELLISON,

                Defendant.

18-CR-834-09 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release from defendant Anthony Ellison. *See* Dkt. 670. The Government's response is due May 2, 2023. The Court does not invite a reply.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: April 18, 2023
       New York, New York