UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY ELLISON,

                Petitioner,

-against-

UNITED ATATES OF AMERICA,

                Respondent.

23-CV-10080 (PAE)

18-CR-0834-09 (PAE)

ORDER TO ANSWER, 28 U.S.C. § 2255

---

PAUL A. ENGELMAYER, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

The U.S. Attorney's Office is directed to file an answer or other pleadings in response to the motion by January 16, 2023. Petitioner shall have 30 days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date. All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court is directed to mail a copy of this Order to petitioner.

SO ORDERED.

Dated:    November 17, 2023
             New York, New York

                                                  PAUL A. ENGELMAYER
                                                United States District Judge