UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ANTHONY ELLISON,

Defendant.

23 Civ. 10080 (PAE)
18 Cr. 834-9 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 2, 2024, the Court issued a decision denying defendant Anthony Ellison's

petition to vacate his sentence pursuant to 28 U.S.C. § 2255.  23 Civ. 10080, Dkt. 5; 18 Cr. 834,

Dkt. 683.  The Court has now received a letter-motion from Ellison seeking a certificate of

appealability of the April 2, 2024 decision.  18 Cr. 834, Dkt. 684.  The Court errantly neglected

to address that point in its April 2 decision.

Under 28 U.S.C. § 2253, an appeal may not be taken to the Court of Appeals from a final

order in a proceeding under section 2255 unless a certificate of appealability is issued.  A

certificate of appealability may issue "only if the applicant has made a substantial showing of the

denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  For the reasons set forth in this Court's

decision denying Ellison's petition, Ellison has not made such a "substantial showing."

Therefore, the Court declines to issue a certificate of appealability and certifies that any appeal

from the April 2 decision would not be taken in good faith; therefore, *in forma pauperis* status is

denied for the purpose of an appeal.  *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 15, 2024
       New York, New York